IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

BAVARO PALACE, S.A., a foreign
corporation, BAVARO BEACH, S.A.,
a foreign corporation, GOLF DE BAVARO,
S.A.. a foreign corporation, and OPERADORA
DE HOTELES BARCELÓ, S.A.. a
foreign corporation,

       Plaintiffs,

vs.

VACATION TOURS, INC. a/k/a VACATION
STORE OF MIAMI, INC., a Florida
corporation, VACATION TOURS OF SOUTH
BEACH. INC.,  a dissolved Florida corporation,
ROSANNA METZ-MENDEZ, an individual, and
ALEXANDRA ALVAREZ, an individual,

       Defendants.

_____/



**VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

    Plaintiffs, BAVARO PALACE, S.A., BAVARO BEACH, S.A., GOLF DE BAVARO,

S.A., and OPERADORA DE HOTELES BARCELÓ, S.A. (collectively, the "Barceló Group" or

"Plaintiffs"), sue Defendants, VACATION TOURS, INC. a/k/a VACATION STORE OF

MIAMI, INC. ("Vacation Store"), VACATION TOURS OF SOUTH BEACH, INC. ("Vacation

Tours"), ALEXANDRA ALVAREZ ("Alvarez") and ROSANNA METZ-MENDEZ ("Mendez")

(collectively, "Defendants"), and allege as follows:

**Nature of Action**

    1.    The Barceló Group is the exclusive owner of the BARCELÓ, BAVARO

PALACE, BAVARO BEACH, BAVARO GOLF and BAVARO VILLAS names and marks



(collectively, the "Barceló Marks").   True and correct copies of the foreign certificates of registration are attached hereto as Exhibit "A." Defendants are engaged in acts of deceptive and unfair trade practices, unfair competition and common law service mark infringement involving their intentional unauthorized use of the Barceló Marks.   Defendants' knowing and willful conduct unfairly and deceptively competes with the Barceló Group and infringes upon the Barceló Group's common law rights in its Barceló Marks.  The Barceló Group seeks injunctive relief to stop Defendants' conduct.  The Barceló Group also seeks monetary damages, treble damages, attorney's fees and costs to compensate the Barceló Group for the harm Defendants' actions have caused and to punish Defendants for their intentional, egregious, willful, and scandalous acts.

2.      Plaintiff, BAVARO PALACE, S.A., is a foreign corporation incorporated under the laws of the Dominican Republic which maintains its principal place of business in Paraje Bavaro, the Dominican Republic.

3.      Plaintiff, BAVARO BEACH, S.A., is a foreign corporation incorporated under the laws of the Dominican Republic which maintains its principal place of business in Paraje Bavaro, the Dominican Republic.

4.      Plaintiff, OPERADORA DE HOTELES BARCELÓ, S.A., is a foreign corporation incorporated under the laws of the Dominican Republic which maintains its principal place of business in Paraje Bavaro, the Dominican Republic.

5.      Plaintiff, GOLF DE BAVARO, S.A., is a foreign corporation incorporated under the laws of the Dominican Republic which maintains its principal place of business in Paraje Bavaro, the Dominican Republic.

6.      The Plaintiffs are part of the Barceló Group, an international hotel and resort chain that provides, among other things, travel accommodations worldwide, including but not limited to, within the Dominican Republic. Barceló has been providing these services to consumers both in the Dominican Republic and worldwide since as early as 1954.

7.      Defendant, VACATION TOURS, INC. a/k/a VACATION STORE OF MIAMI, INC., is a Florida corporation with its principal place of business in Miami-Dade County, Florida.  Vacation Store is located at 1427 Ponce de Leon Boulevard, Miami, Florida 33134, with main phone numbers 305-774-0040 and 1-888-774-0040, several e-mail addresses, including but not limited to rosanna@vacstore.com, vacstore@bellsouth.net and info@travelquotes.tv.  Vacation Store is a travel agency providing vacation packages, hotel accommodations and other travel related services in, among other locations, the Dominican Republic.

8.      Defendant, VACATION TOURS OF SOUTH BEACH, INC., is a dissolved Florida corporation with its principal place of business in Miami-Dade County, Florida. Vacation Tours is located 100 16th Street, Suite 5, Miami Beach, Florida 33139 with a main phone number of 305-604-7880  and 800-533-7710.  True and correct copies of telephone number searches are attached hereto as Exhibit "B." Upon information and belief, Vacation Tours is a travel agency providing vacation packages, hotel accommodations and other travel related services in, among other locations, the Dominican Republic.

9.      Defendant, ROSANNA METZ-MENDEZ, is an individual, *sui juris*, residing in Miami-Dade County, Florida.  Mendez is the sole owner, officer and director of Vacation Store. Mendez is sued in her individual capacity and as the sole principal of Vacation Store. Upon

information and belief, Mendez is the conscious, dominant, and active force behind the knowing and willful infringing and improper acts of Vacation Store.

10.     In addition, Mendez is the President and Treasurer of Vacation Tours.   Upon information and belief, Mendez is the conscious, dominant, and active force behind the knowing and willful infringing and improper acts of Vacation Tours.

11.     Defendant, ALEXANDRA ALVAREZ, is an individual, *sui juris*, residing in Miami-Dade County, Florida.   Alvarez is the Vice-President and Secretary of Vacation Tours. Alvarez is sued in her individual capacity and as an officer and/or director of Vacation Tours.

12.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. Section 1331 because this action arises under the Lanham Trademark Act (the "Lanham Act"), 15 U.S.C. section 1125 and pursuant to the doctrine of supplemental jurisdiction.

13.     In addition, this Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).   There is complete diversity between Plaintiffs and Defendants and the amount in controversy exceeds $75,000.00, exclusive of interest, costs, and attorneys' fees.

14.     As more fully explained below, Defendants have committed tortious acts against the Barceló Group within the Southern District of Florida.   Defendants are thus subject to personal jurisdiction in Florida as a result of their Florida residency and their tortious activities in this District.

15.     Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. section 1391(a) and (b),  Venue is also proper in this District because Defendants are located within this District; the effects of Defendants' willful and outrageous conduct were manifested in this District; and witnesses are located in this District and in the State of Florida.

16.     Plaintiffs have retained Holland & Knight LLP to prosecute their claims and have agreed to pay the firm a reasonable fee for its services.

17.     All conditions precedent to the filing of this action have been satisfied or waived

## GENERAL ALLEGATIONS

### A.     The Barceló Marks

18.     The Plaintiffs are part of the Barceló Group, an international hotel and resort chain that provides, among other things, travel accommodations worldwide, including but not limited to, within the Dominican Republic. Barceló has been providing these services to consumers both in the Dominican Republic and worldwide since as early as 1954.

19.     The Barceló Group uses the Barceló Marks to identify and distinguish their high-quality, hotels, products, marketing, goods and services from those of others.

20.     The Barceló Marks have been extensively used, advertised and promoted by the Barceló Group in interstate commerce for years.  Such names and marks have been prominently displayed on countless advertisements, informational literature, business signs and other promotional materials, including those made available via the Internet.

21.     At all material times, Barceló Group is and remains the sole and exclusive owner of the Barceló Marks.

22.     The Barceló Marks have been extensively and continuously advertised and promoted by the Barceló Group within the United States and worldwide for years.  Substantial amounts of time, effort and money have been expended over the years in ensuring that the public associates such marks exclusively with the Barceló Group and its affiliates.

23.     As the result of the care and skill exercised by the Barceló Group in the hotel and travel industry, the supervision and control exercised by the Barceló Group over the nature and

quality of the services and products offered under or in connection with the Barceló Marks, and the extensive advertising, sale and public acceptance thereof, the Barceló Marks have acquired both domestic and international recognition.  As a result of its reputation for excellence, the Barceló Group enjoys a substantial demand for its hotels, goods and services.

24.     The Barceló Marks have attained national and international goodwill reflecting the excellent reputation that has been developed by the Barceló Group.

25.     At all material times, the Barceló Group continuously used the Barceló Marks and has vigilantly protected the Barceló Marks from unauthorized use.

26.     At all material times, the Barceló Group required that all authorized users of the Barceló Marks enter into written agreements for a defined term and under specified strict limitations as to quality and other conditions.

27.     The Barceló Marks are exclusively associated with high quality hotels, travel and related services.  Such marks have acquired an extraordinary degree of consumer recognition in the minds of the viewing public, are famous and serve uniquely to identify the Barceló Group's business, goods and services.  Through widespread and favorable public acceptance and recognition, the Barceló Marks enjoy tremendous goodwill and have become assets of incalculable value as symbols of the Barceló Group's business, products and services.

**B.     Defendants' Unauthorized Use of the Barceló Marks**

28.     At all material times, Defendants were aware that they were not authorized to represent, advertise and/or sell the Barceló Group's services, including but not limited to, using any of the Barceló Marks in connection with any of the Barceló Group's services.

29.     Notwithstanding such knowledge, Defendants continued and still continue to wrongfully hold themselves out as authorized representatives, sell and/or advertise the Barceló

Group's services thereby willfully and knowingly infringing on the Barceló Marks, engaging in unfair competition, and engaging in unfair deceptive trade practices.

### C.    Defendants Wrongfully Registered Identical Domain Names

30.    Defendants wrongfully registered the domain names *www.bavaropalace.com*, *www.bavarocaribe.com*, and *www.villasbavaro.com*.  True and correct copies of the registrar's search results are attached hereto as Exhibit "C."  The top level domain are the identical names of hotels in the Dominican Republic owned and operated by the Barceló Group.  In addition, the contact phone numbers listed on Defendants' websites are 305-604-7880 and 800-533-7710 – both phone numbers registered to Vacation Tours.

31.    Once on the websites, Defendants promote and advertise travel packages to the Dominican Republic with hotel accommodations at Barceló Bavaro Palace, Barceló Bavaro Beach, Barceló Bavaro Golf and Barceló Bavaro Villas.  True and correct copies of computer screenshots taken of the infringing websites are attached hereto as Exhibit "D."

32.    When a consumer clicks on the unauthorized "Barceló Group" package, the consumer is taken to a website supposedly sponsored by evacationtours.com.  The administrative contact for evacationtours.com is Vacation Tours, Inc.  A true and correct copy of the registrar's search result is attached hereto as Exhibit "E." Also attached as Exhibit "F" is Defendant Mendez's business card which identifies Vacation Store's website address as www.evacationtours.com.

33.    Defendants have used and are currently using these domain names to lure unsuspecting consumers traveling to the Dominican Republic to its Internet site.  Once on its Internet site, Defendants engage the unsuspecting consumer in a classic "bait and switch" scheme.

34.    Defendants' scheme is intentionally designed to bait consumers to its Internet site under the guise that Defendants are somehow affiliated with the Barceló Group and its hotels and resorts whereupon Defendants deceptively switch the services described on its website.

35.    Defendants' transparent scheme together with its continued unauthorized use of the Barceló Marks and the domain names clearly infringe on the Barceló Group's intellectual property rights and constitute deceptive and unfair trade practices.

### D.    Defendants' Misleading and Deceptive Advertisement

36.    In addition to Defendants' improper and deceptive use of the Internet, Defendants have repeatedly improperly marketed and promoted services under the Barceló Marks, by among other things, advertising, on more than one occasion, in <u>El Nuevo Herald</u>, <u>The Miami Herald</u> and engaging in a "fax blast" marketing scheme.

37.    For example, on February 1, 2004, Defendants promoted and advertised in <u>El Nuevo Herald</u>, Pasaporte Section, page 7F, travel packages to the Dominican Republic with hotel accommodations at Barceló Bavaro Palace, Barceló Bavaro Beach, Barceló Bavaro Golf and Barceló Bavaro Villas.  A true and correct copy of the advertisement is attached hereto as Exhibit "G."  On the <u>El Nuevo Herald</u> advertisement, Defendants blatantly list the following two phone numbers, 305-604-7880 and 800-533-7710 – both phone numbers registered to Vacation Tours.

38.    Similarly, on February 1, 2004, Defendants also promoted and advertised in <u>The Miami Herald</u>, Travel Section, page 6J, travel packages to the Dominican Republic with hotel accommodations at Barceló Bavaro Palace, Barceló Bavaro Beach, Barceló Bavaro Golf and Barceló Bavaro Villas.  A true and correct copy of the advertisement is attached hereto as Exhibit "H."  Similarly, on <u>The Miami Herald</u> advertisement, Defendants once again list the

8

following two phone numbers, 305-604-7880 and 800-533-7710 – both phone numbers registered to Vacation Tours.

39.    On or about February 3, 2004, Defendants also engaged in a "fax blast" marketing scheme wherein they disseminated, via facsimile, numerous, unsolicited promotional flyers throughout the travel industry promoting and advertising travel packages to the Dominican Republic with hotel accommodations at "Barceló Bavaro Palace," "Barceló Bavaro Beach," "Barceló Bavaro Golf" and "Barceló Bavaro Villas."  A true and correct copy of the Defendants' "fax blast" is attached hereto as Exhibit "I."  As with the printed advertisement, the fax blasts list the following two phone numbers, 305-604-7880 and 800-533-7710 – both phone numbers registered to Vacation Tours, and an e-mail address of info@travelquotes.tv.

40.    Defendants' advertisements in the El Nuevo Herald and The Miami Herald, together with Defendants' "fax blast" marketing scheme provide for only a handful of examples of Defendants' blatantly deceptive marketing schemes.

41.    Defendants' use of the Barceló Marks deceptively and falsely represents that the Barceló Group is associated with the Defendants' marketing practices, goods and services and that the Barceló Group has approved or consented to such practices.

42.    Defendants' use of the Barceló Marks to associate themselves with the Barceló Group without the Barceló Group's authorization or consent is intended to, has caused, and continues to cause confusion among consumers and the Barceló Group's customers and prospective customers who believe that the Barceló Group is associated or "partnering" with the Defendants' marketing, goods and services.  This association is false and misleading and weakens the quality and control that the Barceló Group has vigilantly exercised over the Barceló Marks for years.

43.     At all material times, Defendants knew that the use of the Barceló Marks in connection with their marketing, goods and services was unauthorized and deceptive.

44.     Defendants' actions are in complete disregard to the goodwill built over many years by the Barceló Group in its Barceló Marks, and constitute a bad faith intent to deprive the Barceló Group of its rights to the Barceló Marks and to profit at the Barceló Group's expense.

45.     Defendants' actions, as described herein, are: (1) likely to cause confusion, to cause mistake or to deceive as to the source or association of Defendants' marketing, goods and services or affiliation, connection, or association with the Barceló Group; and (2) likely to dilute, damage, blur and/or tarnish the distinctive value of the Barceló Group's famous Barceló Marks.

**E.     Defendants Ignored the Barceló Group's Cease and Desist Letter**

46.     On February 11, 2004, the Barceló Group provided Defendants with a cease and desist letter demanding, among other things, that Defendants immediately cease and desist from infringing on the Barceló marks and engaging in unfair competition and deceptive and unfair trade practices. A true and correct copy of the Barceló Group's February 11, 2004 cease and desist letter, together with fax receipt confirmation, is attached hereto as Exhibit "J."

47.     Notwithstanding the Barceló Group's demands, Defendants blatantly continue to wrongfully infringe on the Barceló Marks and engage in unfair competition and deceptive and unfair trade practices, and as such, have caused and continue to cause irreparable harm to the Barceló Group. As a result of Defendants' actions, the Barceló Group has been damaged and will continue to suffer further harm and damage.

48.     The Barceló Group is entitled to attorney's fees pursuant to 15 U.S.C. section 1117 due to Defendants' willful, knowing, and intentional actions.

## COUNT I
## FEDERAL UNFAIR COMPETITION
## 15 U.S.C. SECTION 1125

49.     The Barceló Group incorporates paragraphs 1 through 48 as if fully set forth herein.

50.     Defendants willfully used the Barceló Marks, or mark(s) confusingly similar thereto, in commerce in connection with services like those provided by the Barceló Group.

51.     Defendants' use in commerce of mark(s) like or confusingly similar to the Barceló Marks wrongfully and falsely designates the origin of Defendants' services as originating from, being sponsored by or somehow connected with the Barceló Group.  Moreover, Defendants' use of the Barceló Marks, or mark(s) confusingly similar thereto, is false and misleading.

52.     Defendants' acts and practices constitute unfair competition, false advertising, false designation of origin, false representation, and trademark infringement in and affecting interstate commerce in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

53.     By their confusing use of the Barceló Marks, or mark(s) similar thereto, Defendants are attempting to trade upon the goodwill developed by the Barceló Group and/or to falsely and intentionally misrepresent Defendants' services as being legitimately connected with the Barceló Group.

54.     Upon information and belief, Defendants will continue their false representations as set forth above, continuing to cause irreparable injury and harm and damage to the Barceló Group.

55.     As a result of Defendants' wrongful acts, the Barceló Group was damaged and continues to be damaged resulting in, at a minimum:  (a) a loss of sales, revenues and profits; (b)

11

damage to the Barceló Group's business reputation; (c) diminished goodwill among customers and users of the Barceló Group's services; and (d) diminished distinctiveness of the Barceló Marks, including their symbols, artwork, and designations.

56.     The Barceló Group has no adequate remedy at law.

WHEREFORE, Plaintiffs respectfully request the entry of judgment against Defendants for all damages suffered by the Barceló Group as a result of Defendants' infringement of the Barceló Marks, plus treble damages, interest, costs and attorneys' fees pursuant to 15 U.S.C. 1117(a) and the entry of an immediate preliminary injunction and permanent injunction pursuant to 15 U.S.C. § 1116, providing, among other things:

A.     The Court's finding that the Defendants are infringing on the Barceló Marks, are injuring and have injured the business reputation of the Barceló Group, and that their unauthorized use of the Barceló Marks is tantamount to unfair competition.

B.     A finding that the Defendants, and their respective officers, agents, servants, subsidiaries, affiliates, employees and representatives thereof, and all other persons, firms or corporations in active concert or participation with them, be preliminarily and permanently enjoined and restrained from any use of the Barceló Marks and/or any other designation confusingly similar thereto in connection with the sale and/or marketing, of their products and/or services and from any other acts which will injure or likely injure the business reputation of the Barceló Group and/or any further use of the Barceló Marks.

C.     That the Defendants be ordered to file with this Court and serve on the Barceló Group within 10 days after the entry of such preliminary injunction a written report, under oath, setting forth in detail the manner in which they have complied with this injunction.

**COUNT II**
**VIOLATION OF ANTICYBERSQUATTING CONSUMER PROTECTION ACT**
**15 U.S.C. SECTION 1125**

57.     The Barceló Group incorporates paragraphs 1 through 48 as if fully set forth herein.

58.     Defendants     improperly     registered     the     universal     resource     locators, *www.bavaropalace.com*, *www.bavarocaribe.com*, and *www.villasbavaro.com*. (the "Domain Names"), with Network Solutions.

59.     Defendants have a bad faith intent to profit, and have profited, from their improper registrations, traffic, or use of the Barceló Marks.

60.     The Domain Names are identical, or at the very least confusingly similar, to the Barceló Marks.

61.     At the time of registrations and to the present, Defendants lack any right to and have no legitimate interest in the Barceló Marks, much less to the Domain Names which incorporate those marks.

62.     The Barceló Group has common law rights in the Barceló Marks.

63.     Defendants' use of the Domain Names is for commercial purposes, in fact, for services that are identical to the Barceló Group's services.

64.     Defendants' registrations and use of the Domain Names is intentional and for the purpose of diverting consumers from the Barceló Group's website.

65.     There exists no lawful reason for Defendants' actions described herein.

66.     Defendants' acts constitute cyberpiracy in violation of 15 U.S.C. Section 1125(d).

WHEREFORE, Plaintiffs respectfully request that Defendant be ordered to turn over the *www.bavaropalace.com*, *www.bavarocaribe.com*, and *www.villasbavaro.com* domain names to

13

the Barceló Group as well as another other domain names/URL's which include the Barceló Marks or any colorable simulation or imitation thereof, and award such other relief as this court deems just and proper.

**COUNT III**
**COMMON LAW UNFAIR COMPETITION**

67.     The Barceló Group incorporates paragraphs 1 through 48 as if fully set forth herein.

68.     The Barceló Marks are each inherently distinctive and have acquired a strong secondary meaning in connection with the Barceló Group's goods and services.  The Barceló Marks are immediately associated in the minds of the public with the Barceló Group, its business, goods and services.

69.     For decades, the Barceló Group has continuously used the Barceló Marks to identify their goods, products and services, and those of their affiliates, and has prominently displayed the Barceló Marks on its hotels, letterhead, bills, and all forms of marketing and advertising.

70.     Defendants' actions constitute unfair competition and an infringement of the Barceló Group common law rights to the Barceló Marks.

71.     Defendants' wrongful adoption and use of the Barceló Marks constitute use of, copies or colorable imitations of the Barceló Marks, and is likely to deceive the public into falsely believing that Defendants' business originates from or is approved by the Barceló Group, or that there is otherwise a connection between the Barceló Group and the Defendants.

72.     Defendants infringed the Barceló Marks as alleged herein with the intent to deceive and defraud the public into believing that they are associated with or are the "partners" or agents of the Barceló Group.

14

73.     As a proximate result of the Defendants' unlawful acts as alleged herein, the Barceló Group has suffered and will continue to suffer great damage to its business, goodwill, reputation and profits, including special and consequential damages, while the Defendants profit at the Barceló Group's expense.

74.     The Barceló Group has no adequate remedy at law.

WHEREFORE, Plaintiffs request a preliminary and permanent injunction pursuant to 15 U.S.C. § 1116, against Defendants, and its officers, agents, servants, subsidiaries, affiliates, employees and representatives thereof, and all other persons, firms or corporations in active concert or participation with them, and the entry of judgment against Defendants for all damages suffered by the Barceló Group as a result of the actions of the Defendants, plus treble damages, interest, costs and attorneys' fees pursuant to 15 U.S.C. § 1117(a).

## COUNT IV
## DILUTION

75.     The Barceló Group incorporates paragraphs 1 through 48 as if fully set forth herein.

76.     The Barceló Marks are arbitrary, fanciful and highly distinctive in the hospitality and travel industries and related goods and services.  Such marks are strong and, indeed, famous, as a result of the Barceló Group's prominence in the marketplace and its extensive advertising, promotion and sale of goods and services under such marks, thereby qualifying the Barceló Marks for protection from dilution under Section 43 (c) of the Lanham Act, 15 U.S.C. § 1125(c).

77.     Defendants have made commercial use of the Barceló Marks in interstate commerce.  Defendants' wrongful adoption and use of the Barceló Marks in interstate commerce commenced long after the Barceló Group's marks became distinctive and famous. This use violates the Lanham Act, § 43(c), in that the use has caused dilution of the distinctive quality of

the Barceló Group's famous Barceló Marks and has resulted in irreparable injury and damage to the Barceló Group.

78.     This unauthorized use of the Barceló Marks by the Defendants has restricted the Barceló Group's control over the quality of the goods and services that are associated with the Barceló Marks and the manner in which the Barceló Marks are presented to its customers and the public in general.  These limitations have blurred the unique association which the Barceló Group has spent millions of dollars over the years to establish and has jeopardized its products and services, its careful use of the Barceló Marks and cautious association of the Barceló Marks with others in the travel industry.

79.     Defendants willfully used the Barceló Marks without the Barceló Group's authorization and with the specific intent to profit from the Barceló Group's reputation and good will and to taint same.

80.     Defendants' aforementioned acts constitute dilution in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

81.     As a proximate result of the Defendants' unlawful acts as alleged herein, the Barceló Group has suffered and will, without judicial intervention, continue to suffer great damage to its business, goodwill, reputation and profits, while the Defendants profit at the Barceló Group's expense and continue to tarnish the Barceló Marks.

82.     The Barceló Group has no adequate remedy at law against the acts of dilution committed by the Defendants as alleged herein.  Unless the Defendants are enjoined by this Court, the Barceló Group will continue to suffer irreparable harm.

WHEREFORE, Plaintiffs request a preliminary and permanent injunction, pursuant to 15 U.S.C. § 1116, against Defendants, and their officers, agents, servants, subsidiaries, affiliates,

employees and representatives thereof, and all other persons, firms or corporations in active concert or participation with them, and the entry of judgment against Defendants for all damages suffered by the Barceló Group as a result of the actions of the Defendants, plus treble damages, interest, costs and attorneys' fees pursuant to 15 U.S.C. § 1117(a).

**COUNT V**
**VIOLATIONS OF FLORIDA UNFAIR**
**COMPETITION ACT, FLORIDA STATUTE §495.151**

83.     The Barceló Group incorporates paragraphs 1 through 48 as if fully set forth herein.

84.     Defendants' conduct constitutes unfair or deceptive practices in violation of Florida Statutes section 495.151. Defendants' use of the Barceló Marks, or mark(s) confusingly similar thereto, causes a likelihood of injury and/or actual injury to the Barceló Group's business reputation and dilutes the distinctive quality of the Barceló Marks in that Defendants' conduct:

         a.     causes a likelihood of or actual confusion or misunderstanding as to the source, sponsorship, approval, or certification of products or services provided by Defendants;

         b.     causes a likelihood of or actual confusion or misunderstanding as to the affiliation, connection, association with, or certification by the Barceló Group of Defendants and Defendants' services or goods;

         c.     represents that services provided by Defendants have sponsorship, approval, characteristics, or qualities that they not have or that Defendants have a sponsorship, approval, affiliation, or connection that it does not have; and

         d.     creates a likelihood of confusion or misunderstanding as to the Barceló Group's involvement with Defendants.

17

85.    The Barceló Group was damaged, and continues to be damaged, as a result of Defendants' acts and is likely to be damaged further by Defendants' practices if permitted to continue.

86.    The Barceló Group has no adequate remedy at law.

WHEREFORE, Plaintiffs respectfully request this Court to enter a preliminary and permanent injunction against Defendants prohibiting Defendants' unlawful acts and practices as described herein and enter judgment against Defendants for all consequential damages, interest, costs, attorneys fees,  and punitive damages and such further relief as this Court deems just and proper.

## COUNT VI
## VIOLATIONS OF FLORIDA UNFAIR
## COMPETITION ACT, FLORIDA STATUTE §501.204

87.    The Barceló Group incorporates paragraphs 1 through 48 as if fully set forth herein.

88.    Defendants' actions constitute unfair methods of competition and unfair or deceptive practices in violation of Florida Statute section 501.204.

WHEREFORE, Plaintiffs respectfully request this Court to enter a preliminary and permanent injunction against Defendants prohibiting Defendants' unlawful acts and practices as described herein and enter judgment against Defendants for all consequential damages, interest, costs, attorneys fees,  and punitive damages and such further relief as this Court deems just and proper.

## COUNT VII
## UNJUST ENRICHMENT

89.     The Barceló Group incorporates paragraphs 1 through 48 as if fully set forth herein.

90.     By Defendants' use of the Barceló Marks, a benefit was conferred upon Defendants of which Defendants have full appreciation and knowledge.

91.     Defendants accepted and retained a benefit that rightfully belongs to the Barceló Group.

92.     Defendants were unjustly enriched because they wrongfully used and retained a benefit from the Barceló Group by their misappropriation of the Barceló Marks.

93.     Under these circumstances, it is inequitable for Defendants to retain any proceeds that rightfully belong to the Barceló Group.

WHEREFORE, Plaintiffs respectfully request a judgment against Defendants for damages and such other and further relief as the Court deems just and proper.

## COUNT VIII
## ACCOUNTING

94.     The Barceló Group incorporates paragraphs 1 through 93 as if fully set forth herein.

95.     The Barceló Group is entitled to an accounting of the profits derived from or by Defendants or their agents as a result of Defendants' wrongful use of the Barceló Marks as set forth herein.

WHEREFORE, Plaintiffs respectfully request an order requiring Defendants, and their agents, officers, servants, employees, successors, and assigns and all others acting in concert or in privity with Defendants to account for and pay over to the Barceló Group all gains, profits, enrichments, and advantages derived from Defendants' actions referred to herein, and award such other relief as this Court deems just and proper.

Dated this _____ day of February, 2004.

Respectfully submitted,

HOLLAND & KNIGHT
*Attorneys for The Barceló Group*
701 Brickell Avenue, 30th Floor
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305) 789-7799

By: _____
Wilfredo A. Rodriguez, Esq.
Fla. Bar No. 334936
E-mail: wrodrigu@hklaw.com
Eduardo A. Ramos, Esq.
Fla. Bar No. 0189944
E-mail: earamos@hklaw.com

20

## <u>VERIFICATION</u>

I declare that I have read the foregoing Complaint for Injunctive Relief and Damages and know the contents thereof, and that the same is true to my own knowledge, except as to matters herein stated to be alleged on information and belief.

Dated: _02/20/2004_

_____
FERNANDO ORTIZ

# 1685313_v1

22

# EXHIBIT "A"



### REPUBLICA DOMINICANA

# SECRETARIA DE ESTADO DE INDUSTRIA Y COMERCIO

## DEPARTAMENTO DE INDUSTRIA Y COMERCIO

## SECCION DE REGISTRO DE NOMBRES COMERCIALES

## CERTIFICADO DE REGISTRO DE
## NOMBRE COMERCIAL

NOMBRE  BAVARO PALACE, S.A.

NUM.  23195

FECHA  30 de septiembre 1988

VENCE  30 de septiembre 2008

C E R T I F I C O: Que en la Secretaría de Estado de Industria y Comercio ha sido registrado en esta fecha por el término de _____ 20 _____ años, el Nombre Comercial denominado:

BAVARO PALACE, S.A.

APLICADO A DISTINGUIR La Construccion de hoteles, apartamentos, casas, cab. clubs la construcción de bares, restaurantes, salas de espectaculos, rec deportivos, campos de golf, actividad turistica, su comercialización, re- ción de viajeros y prestación a los mismos de cualquiera actividad direc o indirectamente relacionado con los viajes.

TITULAR: BAVARO PALACE, S.A.

SOLICITADO POR: GABRIEL BARCELO OLIVER, mayor de edad, español, casado, en sario domiciliado y resedente en palma de Mallorca, España, con documento nacional de identidad No. 41.143.746.



En virtud del Art. 6to. de la Ley No.1450 de Registro de Marcas de Fabrica y Nom-
bres Comerciales e Industriales, de fecha 30 de Diciembre de 1937, se expide el presente-
Certificado en la Secretaria de Industria y Comercio, hoy dia _____ 30 _____ de _____

_____ septiembre _____ de _____ 1988 _____

      REGISTRADO BAJO EL No. ___ 23195

                               BR. NELSON ACOSTA FIGUEREO
                           Director del Departamento de Industria
                              y Comercio.

0294029/30
NAF/JASH/sech.

DIC—25



REPUBLICA DOMINICANA

# SECRETARIA DE ESTADO DE INDUSTRIA Y COMERCIO

## DEPARTAMENTO DE INDUSTRIA Y COMERCIO

### SECCION DE REGISTRO DE NOMBRES COMERCIALES

## CERTIFICADO DE REGISTRO DE
### NOMBRE COMERCIAL

NOMBRE __"BAVARO BEACH, S.A."__

NUM. __20,206__

FECHA __17 de Febrero del 1988__

VENCE __17 de Febrero del 2008__

C E R T I F I C O· Que en la Secretaría de Estado de Industria y Comercio ha sido registrado en esta fecha por el término de _____ 20. _____ años, el Nombre Comercial denominado:

BAVARO BEACH, S.A.

APLICADO A DISTINGUIR: Esta sociedad se dedicará a la compra y venta de casas, a la construcción de casas, cabañas, clubs a la promoción y al desarrollo de zonas propias para el turismo en la Rep. Dom.

TITULAR· BAVARO BEACH, S.A.

SOLICITADO POR: SEBASTIAN BARCELO OLIVER, Español, mayor de edad, casado, con su identidad No. 41.165.833; con domicilio en Palma de Mallorca, España; actuando como Presidente.



En virtud del Art. 6to. de la Ley Nº 1450 de Registro de Marcas de Fábrica y Nombres Comerciales e Industriales, de fecha 30 de Diciembre de 1937, se expide el presente Certificado en la Secretaría de Estado de Industria y Comercio, hoy día ____17___ de

——————— Febrero ——————— de——— 1988

REGISTRADO BAJO EL Nº.——— 20,206



NOS.  0229327/28
      RD$12.00
      CACL/lr.

DIC—25



REPUBLICA DOMINICANA

# SECRETARIA DE ESTADO DE INDUSTRIA Y COMERCIO

## DEPARTAMENTO DE INDUSTRIA Y COMERCIO

### SECCION DE REGISTRO DE NOMBRES COMERCIALES

## CERTIFICADO DE REGISTRO DE
## NOMBRE COMERCIAL

NOMBRE ___" GOLF DE BAVARO, S. A. "___

NUM.___20,292___

FECHA___16 de febrero de 1988___

VENCE___16 de febrero de 2008___

C E R T I F I C O: Que en la Secretaría de Estado de Industria y Comercio ha sido registrado en esta fecha por el término de _____20_____ años, el Nombre Comercial denominado:

" GOLF DE BAVARO, S. A. "

APLICADO A DISTINGUIR:  Una sociedad que se dedicará a la construcción de hoteles, apartamentos, casas, cabañas, clubs, la construcción de bares, restaurantes, salas de espectaculos, recintos deportivos, campos de golf, etc.
La explotación (ya sea en arrendamiento, en copropiedad temporal o en formas análog de hoteles, apartamentos y cualquier tipo de alojamiento turístico, hotelero o ex hotelero, así como la explotación de restaurantes, bares, cafeterías y negocios de quier tipo del sector de restauantes.
La actividad turística, su comercialización, recepción de viajeros y preatación a mismos de cualquiera actividad directa o indirectamente con los viajes.
El transporte turístico de viajeros con cualquier finalidad y con cualquier medio sea por tierra o en autobuses, automóviles, trenes, etc., barcos, u otros medios d navegación aeronaves u otros medios de transporte aereo.
La prestación de servicios al sector turístico tales como excursiones diurnas y no nas, asistencia e información en materia de comercio local, organización de todo t: ya sean culturales deportivos o de simple entretenimiento.

TITULAR:"  GOLF DE BAVARO, S. A. ", domicilio en la calle Br. Delgado, #203, ciuda

SOLICITADO POR:  GABRIEL BARCELO OLIVER, español identificación No. 41.143.746 domiciliado en Palma de Mallorca, España, actuando en calidad de Presidente.



En virtud del Art. 6to. de la Ley Nº 1450 de Registro de Marcas de Fábrica y Nombres Comerciales e Industriales, de fecha 30 de Diciembre de 1937, se expide el presente Certificado en la Secretaría de Estado de Industria y Comercio, hoy día——16——de FEBRERO——de——1988

REGISTRADO BAJO EL Nº——20,292——



Nos. 0229323/24
SDS 12.00
CACL/vg



**REPUBLICA DOMINICANA**

# SECRETARIA DE ESTADO DE INDUSTRIA Y COMERCIO
## SANTO DOMINGO

DIRECCION DEL REGISTRO INDUSTRIAL
SECCION DE NOMBRES COMERCIALES

### CERTIFICADO DE REGISTRO DE NOMBRE COMERCIAL

| | |
|---|---|
| NUMERO | : 150164 |
| NOMBRE COMERCIAL | : HOTEL HAMELIS VILLAS BAVARO BEACH RESORT Y SPA |
| SIGLA | : |
| FECHA EXPEDICION | : 15/09/2001    TERMINO: 10 Años    FECHA VENCIMIENTO: 15/09/2011 |

TITULAR : MERANDUM DE ESTERES BAVARO
AV. MAXIMO GOMEZ ESQ. 27 DE FEBRERO
SANTO DOMINGO
REPUBLICA DOMINICANA

SOLICITADO POR : JOSE HORTA ACOSTA E.
AV. MAXIMO GOMEZ ESQ. 27 DE FEBRERO
SANTO DOMINGO

APLICADO A DISTINGUIR :

DISEÑO No. 1051040
UNA TRIANGULOS ISOSCELES COLOR AMARILLO TIENE UNO SOBRE EL OTRO CORTANDOSE
VERTICALMENTE CON VERTICE DE AGUDOS GRADOS DONDE SE UNEN LOS LADOS
IGUALES DEL TRIANGULO EN LOS EXTREMOS SUPERIOR E INFERIOR IZQUIERDO HACIA
TOTALMENTE DE ABAJO TRIANGULO SEPARADOS PARALELA Y LIGERAMENTE LOS LADOS EN
LOS DOS TRIANGULO POR UN FONDO AZUL AGUA Y OTRO TRIANGULO ISOSCELES COLOR
AMARILLO OCRE EL LADO EL LADO IZQUIERDO EL TRIANGULO INFERIOR
DEBAJO A ESOS DOS TRIANGULO LA APLICADO UNCELLO EN LETRAS COLOR AZULS
CON FONDO AZUL AGUA LAS PALABRAS HOTEL Y RESORT EN LETRAS COLOR BLANCO

EN VIRTUD DEL ARTICULO 6TO. DE LA LEY NO 1450 DE REGISTRO DE ASIGNACION MARCAS Y NOMBRES
COMERCIALES E INDUSTRIALES, DE FECHA 00 DE DICIEMBRE DE SE LE EXPIDE EL PRESENTE
CERTIFICADO EN LA SECRETARIA DE ESTADO DE INDUSTRIA Y COMERCIO CON FECHA
Y DE SEPTIEMBRE DEL 2001

EL DIRECTOR DEL
DIRECTOR DEL REGISTRO DE LA PROPIEDAD INDUSTRIAL

  



## REPUBLICA DOMINICANA
## SECRETARIA DE ESTADO DE INDUSTRIA Y COMERCIO
### SANTO DOMINGO

DIRECCION DEL REGISTRO INDUSTRIAL
### SECCION DE NOMBRES COMERCIALES

### CERTIFICADO DE REGISTRO DE NOMBRE COMERCIAL

| | | |
|---|---|---|
| NUMERO | : | **50533** |
| NOMBRE COMERCIAL | : | BARCELO HOTELS (LOGOTIPO) |
| SIGLA | : | |
| FECHA EXPEDICION | : | 15/10/1993   TERMINO: 20 Años  FECHA VENCIMIENTO: 15/10/2013 |

TITULAR : OPERADORA DE HOTELES BARCELO, S.A.
AVE. MAXIMO GOMEZ ESQ. 27 DE FEBRERO
SANTO DOMINGO
REPUBLICA DOMINICANA

SOLICITADO POR : JOSE MARIA ACOSTA ESPINOSA
SANTO DOMINGO                            , REPUBLICA DOMINICANA

APLICADO A DISTINGUIR :

DESCRIPCION LOGOTIPO:
DOS TRIANGULOS ISOSCELES ROJOS, UNO SOBRE EL OTRO CONFLUYENDO VERTICALMENTE
LOS VERTICES DE NOVENTA GRADOS, DONDE SE UNEN LOS LADOS IGUALES DEL TRIANGU-
LO, EN LOS EXTREMOS SUPERIOR E INFERIOR, SEPARADOS PARALELA Y LIGERAMENTE LOS
LADOS DE LOS DOS TRIANGULOS POR UN ESPACIO E BLANCO. COLOCADO EL TRIANGULO DE
ABAJO JUSTO AL LADO IZQUIERDO INFERIOR DE LA PALABRA HOTELS.
Y OTRO TRIANGULO COLOR AMARILLO OCRE, COLOCADO AL LADO IZQUIERDO DEL TRIANGU-
LO ROJO INFERIOR Y A LA DERECHA DEL APELLIDO BARCELO, TAMBIEN ISOSCELES.

EN VIRTUD DEL ARTICULO 6TO. DE LA LEY NO. 1450 DE REGISTRO DE MARCAS DE FABRICAS Y NOMBRES
COMERCIALES E INDUSTRIALES, DE FECHA 30 DE DICIEMBRE DE 1937, SE EXPIDE EL PRESENTE
CERTIFICADO EN LA SECRETARIA DE ESTADO DE INDUSTRIA Y COMERCIO EN FECHA,
1 DE NOVIEMBRE   DEL 1993

Dr. Wilson Acosta Pereo
DIRECTOR DEL REGISTRO DE LA PROPIEDAD INDUSTRIAL Y COMERCIAL



REPÚBLICA DOMINICANA

# SECRETARIA DE ESTADO DE INDUSTRIA Y COMERCIO

SANTO DOMINGO

DIRECCION DEL REGISTRO INDUSTRIAL
SECCION DE NOMBRES COMERCIALES

## CERTIFICADO DE REGISTRO DE NOMBRE COMERCIAL

**NUMERO** : 48314

**NOMBRE COMERCIAL** : BARCELO HOTELS

**SIGLA** : C.P.A.C.

**FECHA EXPEDICION** : 15/08/1993    TERMINO: 20 AÑOS    FECHA VENCIMIENTO: 15/08/2013

**TITULAR** : OPERADORA DE HOTELES BARCELO, S.A.
CALLE DR. DELGADO #203, APTO. 22388
SANTO DOMINGO
REPUBLICA DOMINICANA

**SOLICITADO POR** : ALVARO RODRIGUEZ GARCIA

**APLICADO A DISTINGUIR** :



EN VIRTUD DEL ARTICULO 6TO. DE LA LEY NO. 1450 DE REGISTRO DE MARCAS DE FABRICAS Y NOMBRES COMERCIALES E INDUSTRIALES, DE FECHA 30 DE DICIEMBRE DE 1937, SE EXPIDE EL PRESENTE CERTIFICADO EN LA SECRETARIA DE ESTADO DE INDUSTRIA Y COMERCIO EN FECHA, 17 DE AGOSTO DEL 1993

Dr. Marson Mola Figuereo
DIRECTOR DEL REGISTRO DE LA PROPIEDAD INDUSTRIAL Y COMERCIAL

# EXHIBIT "B"

Important: The Public Records and comm... ...ally available data sources used on reports have erro... ...ata is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified.

**Comprehensive Address Report**
**Date:** 02/13/04

**Address:** 100 16TH ST, MIAMI BEACH FL 33139

## Business Phones at Address:
(305) 604-7880 - VACATION TOURS OF SOUTH BEACH
(305) 672-2722 - ARTCONNECTION SWISS DESIGN LLC
(305) 672-6989 - DOMINGUEZ ADOLFO

## Possible Current Residents:
[None Found]

## Possible Previous Residents:
MARIA BECKER - SSN: 591-92-xxxx DOB: 09/24/1960
    **Names Associated with Resident:**
    MARIA HERNANDEZ - SSN: 591-92-xxxx DOB: 09/1960
    Current Address: 3798 NE 167TH ST 51, NORTH MIAMI BEACH FL 33160-3539
    Current Phone: -

ASCENCION CEGORIA

CARLES F JARRELL - SSN: 265-34-xxxx
    **Names Associated with Resident:**
    CHARLES FRANCIS JARRELL - SSN: 265-34-xxxx DOB: 03/25/1929
    Current Address: 3611 COLJEAN CT 42, JACKSONVILLE FL 32221-1966
    Current Phone: (904) 693-4954 - JARRELL CHARLES

MANCUSO LAWRENCE - SSN: 095-48-xxxx DOB: 02/1956
    **Names Associated with Resident:**
    LARRY R MANCUSO - SSN: 095-48-xxxx DOB: 02/19/1956
    LAWRENCE R MANCUSO - SSN: 095-48-xxxx DOB: 02/19/1956

MARIO PORENZANO - SSN: 595-97-xxxx DOB: 04/12/1952
    **Names Associated with Resident:**
    MARIO PROVENZANO - SSN: 595-97-xxxx DOB: 04/12/1952

BUDGET RESERVATIONS

EUNICE TAYLOR - SSN: 557-34-xxxx DOB: 11/15/1935

DEIRDRE COLINS MCGARRY

CAROLE MOJON DOB: 09/18/1976

GABRIELA PROVENZANO

.COM TRAVEL-NOW

BUDGET RESERVATION

## Possible Current Businesses at Address:
    Business Name: ARTCONNECTION SWISS DESIGN LLC **Phone:** (305) 672-2722

    Business Name: DOMINGUEZ ADOLFO **Phone:** (305) 672-6989

    Business Name: VACATION TOURS OF SOUTH BEACH **Phone:** (305) 604-7880

## Possible Previous Businesses at Address:
    Business Name: ADOLFO DOMINGUEZ USA, INC. **Phone:** (305) 672-6989 **FEIN:** 651073689

    Business Name: ART CONNECTION SWISS DESIGN LLC **Phone:** (305) 546-1620

    Business Name: ARTCONNECTION SWISS DESIGN, L.C. **Phone:** (305) 672-2722 **FEIN:** 651033242

    Business Name: BUDGET RESERVATION SERVICE CORP.

    Business Name: TRAVEL NOW OR NEVER INC **Phone:** (305) 531-8822



**AnyWho**
online directory

Finding People, Places, and Businesses



**HOME    YELLOW PAGES    WHITE PAGES    REVERSE LOOKUP    HEL**

⟩ **International**
⟩ **Maps**
⟩ **Area Codes**
⟩ **Toll-Free**

⟩ Credit Center

**LowerMyBills**
Rates at 40yr
Lows Refinance
& Save

**Quicken
Loans**
Get a $300K
Mortgage for
$800/Month!

**Match.com**
Search for a
Date

Google WEB SEARCH [                    ] [🔊 GO]

**FIND A TOLL-FREE NUMBER**

Business Name (e.g. Continental
Airlines) *Required*

[vacation tours of south beach          ] [🔊 SEARCH]

**You searched for:** vacation tours of south beach in TF
**Results 1 – 1 of 1**    ◀ **PREVIOUS | NEXT** ▶

**Business Listings**
**Vacation Tours Of South Beach**          800-533-7710
MIAMI BCH, FL

◀ **PREVIOUS | NEXT** ▶

SPONSORED LINKS

Research Your Family          Find Local Home
Tree                          Contractors
Get your Free Credit          Find the Value of Your
Report                        Home
                              ⟩ Winter Sale at Spiegel
⟩ Buy books at



# EXHIBIT "C"

## Network Solutions

HELP   WHOIS   VIEW ORDER   | AC

| HOME | REGISTER A DOMAIN | CREATE A WEB SITE | BUY E-MAIL | PURCHASE HOSTING | PROMOTE YOUR SITE | GROW YOUR BUSINESS |

# WHOIS SEARCH RESULTS

**bavaropalace.com**                          **Back-order this name**

Registrant:
VACATION TOURS (BAVAROPALACE-DOM)
5615 ALTON ROAD
MIAMI BEACH, FL 33140
US

Domain Name: BAVAROPALACE.COM

Administrative Contact:
VACATION TOURS (Z12132-OR) vacstore@bellsouth.net
5615 ALTON ROAD
MIAMI BEACH, FL 33140
US
305 510 3694 fax: 305 510 3694

Technical Contact:
Network Solutions, Inc. (HOST-ORG) customerservice@networksolutions.com
13200 Woodland Park Drive
Herndon, VA 20171-3025
US
1-888-642-9675 fax: 571-434-4620

Record expires on 09-Feb-2005.
Record created on 09-Feb-2001.
Database last updated on 12-Feb-2004 14:33:55 EST.

Domain servers in listed order:

NS.ONLINESERVICESIDM.COM 69.0.137.223
NS2.ONLINESERVICESIDM.COM 69.0.141.104

Protect your personal information with Private Registration

**SEARCH AGAIN**

**New**

**Priv**

**Regi**

Protect y
from spa
and tele



$5 a y
Introdu

| FIND O

Get the C
small bu



The CitiBusine

Actions you can take to protect your WHOIS information

Next Registration Rights

We
S

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy. Network Solutions reserves the right to modify these terms at any time.

Make a WHOIS search on any domain on the Web | Network Solutions                                Page 1 of 2

**NetworkSolutions®**

HELP    WHOIS    VIEW ORDER    AC

| HOME | REGISTER A DOMAIN | CREATE A WEB SITE | BUY E-MAIL | PURCHASE HOSTING | PROMOTE YOUR SITE | GROW YOUR BUSINESS |

# WHOIS SEARCH RESULTS

**WHOIS RECORD FOR:**

**bavarocaribe.com**                    Back-order this name

```
Domain Name.......... bavarocaribe.com
Creation Date........ 2003-03-16
Registration Date.... 2003-03-16
Expiry Date.......... 2005-03-16
Organisation Name.... Media Insight
Organisation Address. 1427 Ponce de Leon
Organisation Address.
Organisation Address. Coral Gables
Organisation Address. 33134
Organisation Address. FL
Organisation Address. UNITED STATES

Admin Name........... Rosanna Metz-Mendez
Admin Address........ 1427 Ponce de Leon
Admin Address........
Admin Address........ Coral Gables
Admin Address........ 33134
Admin Address........ FL
Admin Address........ UNITED STATES
Admin Email.......... jesusblanco@mac.com
Admin Phone.......... (305) 774-0040
Admin Fax............

Tech Name............ Verio Hostmaster
Tech Address......... 5050 Blue Lake Dr.
Tech Address.........
Tech Address......... Boca Raton
Tech Address......... 33431
Tech Address......... FL
Tech Address......... UNITED STATES
Tech Email........... hostmaster@VERIO-HOSTING.COM
Tech Phone........... 888-663-6648
Tech Fax............. 888-663-6655
Name Server.......... ns15a.boca15-verio.com
Name Server.......... ns15b.boca15-verio.com
```

The previous information has been obtained either directly from the
registrant or a registrar of the domain name other than Network Solutions.
Network Solutions, therefore, does not guarantee its accuracy or completeness.

**SEARCH AGAIN**

Protect your personal information with Private Registration

Actions you can take to protect your WHOIS information

Next Registration Rights

Get a

W

**Help y**
**busine**
**go plac**

with the Cit
AAdvantag

citi

We
S

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the

**NetworkSolutions**

HELP    WHOIS    VIEW ORDER    AC

| HOME | REGISTER A DOMAIN | CREATE A WEB SITE | BUY E-MAIL | PURCHASE HOSTING | PROMOTE YOUR SITE | GROW YOUR BUSINESS |

# WHOIS SEARCH RESULTS

**WHOIS RECORD FOR:**

**villasbavaro.com**                    Back-order this name

Registrant:
VACATION TOURS (VILLASBAVARO2-DOM)
5615 ALTON ROAD
MIAMI BEACH, FL 33140
US

Domain Name: VILLASBAVARO.COM

Administrative Contact:
VACATION TOURS (Z12132-OR) vacstore@bellsouth.net
5615 ALTON ROAD
MIAMI BEACH, FL 33140
US
305 510 3694 fax: 305 510 3694

Technical Contact:
Network Solutions, Inc. (HOST-ORG) customerservice@networksolutions.com
13200 Woodland Park Drive
Herndon, VA 20171-3025
US
1-888-642-9675 fax: 571-434-4620

Record expires on 12-Feb-2005.
Record created on 12-Feb-2001.
Database last updated on 19-Feb-2004 12:38:28 EST.

Domain servers in listed order:

NS.ONLINESERVICESIDM.COM 69.0.137.223
NS2.ONLINESERVICESIDM.COM 69.0.141.104

Guaran

Top Se

sto

$3

FIND C

Get the C
small bu:



The CitiBusine

Protect your personal information with Private Registration        **SEARCH AGAIN**

Actions you can take to protect your WHOIS information

We
S

Next Registration Rights

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy. Network Solutions reserves the right to modify these terms at any time.

# EXHIBIT "D"

Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

# Bavaro Palace.com





PUNTA CANA VACATIONS

PUNTA CANA VACATION PACKAGES

Discover our new world of options in travel vacation packages for Punta Cana, Dominican Republic. We would like to extend the warmest to our website. We have the vacation packages available with the most paradisiacal and spectacular preserved natural bays, clear water sandy beaches and breath taking views.

We don't know what you will remember the most. The pleasure of enjoying the best cuisine, the inviting atmosphere and friendly locals. Punta Cana has over three miles of white sandy beaches take your time to browse through the packages we have available.

### BARCELO BÁVARO PALACE
Punta Cana

➤ This all-inclusive resort is the most luxurious in the complex, set right on the impressive Bávaro Beach. A great setting for a great 5-star hotel.

From $1199 p/p

### BARCELO BÁVARO BEACH
Punta Cana

Located on the glorious Bávaro Beach, this all-inclusive resort is a center of nautical activity. From its jetty, their clients can do many nautical sports everyday: snorkeling, kayaks, water skiing, banana boat, glass bottomed boat, scuba diving in the reef and deep sea fishing.

From $920 p/p

### BARCELO BÁVARO GOLF
Punta Cana

Another all-inclusive resort located by the golf course, ideal for the golf lovers. it is a very quite hotel set in a beautiful landscape. To get your strength back, they offer you a varied "Golf" buffet. At night this is complemented by the "Las Cañas" restaurant, which at midnight turns into a discotheque with Caribbean music, until the small hours of the morning.

From $885 p/p

### BARCELO BÁVARO VILLAS
Punta Cana

➤ Sitting on Playa Bávaro, this All-inclusive hotel forms part, together with the Barcelo Bávaro Ocean and the Barcelo Bávaro Village, of a vacation complex boasting a wide range of facilities and services. Playa Bávaro is bordered by a coral reef.

From $885 p/p

2/12/2004

http://66.155.6.21/evacation/punta/

Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

Page 2 of 6

Click here for Additional pricing & more information on this resort

Click here for Additional pricing & more information on this resort

Click here for Additional pricing & more information on this resort

Click here for Additional pricing & more information on this resort

* Pricing based on double occupancy, for a 8 days 7 nights package departing Saturday & Sunday from Miami, Florida. Kids up to the age of twelve (12) stay free. Free Lobster dinner at participating restaurants located inside the resorts. Shorter stays available.

**BÁVARO PRINCESS ALL SUITES & RESORTS**
Punta Cana

☞ Located only 25 minutes from Punta Cana International airport in one of the best Caribbean beaches you can find the Bávaro Princess Hotel; resort, All Inclusive ideal for vacation.

**From $745 p/p**
Click here for Additional pricing & more information on this resort

FREE Lobster Dinner & Kids stay FREE

**CARIBE CLUB PRINCESS RESORT & SPA**
Punta Cana

Caribe Club Princess Resort & Spa a 4 superior star beach from hotel with only 24 hour All Club inclusive service in the area. 355 rooms plus handicap facilities, kids, & teens club, playground, shopping area, beauty parlor, photo shop, wedding and honeymoon packages and more.

*Horseback riding included

**From $695 p/p & $660**
Click here for Additional pricing & more information on this resort

FREE Lobster Dinner & Kids stay FREE

**CATALONIA BÁVARO**
Play Bávaro, Higuey

This all-inclusive new resort is located on a beautiful white sand beach next to the shimmering Caribbean waters. Only 15 minutes from the International Airport of Punta Cana. All meals, unlimited international drinks, snacks and activities are included.

**From $599 p/p**
Click here for Additional pricing & more information on this resort

FREE Lobster Dinner & Kids stay FREE

* Pricing based on double occupancy, for a 8 days 7 nights package departing Saturday & Sunday from Miami, Florida. Kids up to the age of twelve (12) stay free. Free Lobster dinner at participating restaurants located inside the resorts. Shorter stays available.

**MELIA CARIBE TROPICAL**
Bávaro, Punta Cana,

Melia Caribe Tropical, the most wonderful resort in Punta Cana, on

**IBEROSTAR BÁVARO**
Punta Cana

A 5 star hotel located right on the sandy beach of Playa Bávaro on the southeast coast of the Dominican Republic. The hotel is 30 minutes from

**IBEROSTAR PUNTA CANA**
Punta Cana

A 5 star hotel located right on the sandy beach of Playa Bávaro on the southeast coast of the Dominican Republic. The hotel is 30 minutes



Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

Page 3 of 6

Bávaro Beach. Ideal for couples, families, golfers and groups.

*Horseback riding included

**From $869 p/p**
Click here for Additional pricing & more information on this resort



FREE Lobster Dinner & Kids stay FREE

the airport. Offers a commercial street in a typical Creole style with stores, and boutiques.

**From $869 p/p**
Click here for Additional pricing & more information on this resort



FREE Lobster Dinner & Kids stay FREE

from the airport, and 1 hour away from the closest city Higuey.

**From $685 p/p**
Click here for Additional pricing & more information on this resort

FREE Lobster Dinner & Kids stay FREE

* Pricing based on double occupancy, for a 8 days 7 nights package departing Saturday & Sunday from Miami, Florida. Kids up to the age of twelve (12) stay free. Free Lobster dinner at participating restaurants located inside the resorts. Shorter stays available.

**OCCIDENTAL GRAND FLAMENCO PUNT CANA**
Playa Bávaro, Punta Cana

☛ This All Inclusive 5 star resort with more than 800 beautiful rooms, 9 restaurants, 7 bars, 3 pools and a first class private section called "Royal Club" is located first in line at Bávaro Beach with its characteristic turquoise blue water and white sandy beaches just 10 minutes from the Airport.

**From $789 p/p**
Click here for Additional pricing & more information on this resort



FREE Lobster Dinner & Kids stay FREE

**OCCIDENTAL ALLEGRO PUNTA CANA**
Cabeza de Toro, Bávaro

A 4 star resort boasts 540 superior rooms all with balcony with 4 restaurants and 5 bars, one pool and supervised children program offers a variety of daily entertainment, water sports and spectacular night shows, the ideal resort for couples and families.

**From $745 p/p**
Click here for Additional pricing & more information on this resort

FREE Lobster Dinner & Kids stay FREE

**SUNSCAPE PUNTA CANA GRAND**
Cabeza de Toro, Punta Cana, Higuey

☛ Escape in grand style to a vibrant all-inclusive resort situated on one of the best beaches in Punta Cana. Couple & families can experience a variety of fun-filled activities and entertainment combines with the pleasures of a low rise comfortable oceanfront resort.

**From $699 p/p**
Click here for Additional pricing & more information on this resort



FREE Lobster Dinner & Kids stay FREE



* Pricing based on double occupancy, for a 8 days 7 nights package departing Saturday & Sunday from Miami,

2/12/2004

Florida. Kids up to the age of twelve (12) stay free. Free Lobster dinner at participating restaurants located inside the resorts. Shorter stays available.



### LTI-BEACH RESORT PUNTA CANA
Bávaro, Punta Cana

In November of 1999, Bávaro, Punta Cana witness the opening of this 4 star resort of the renowned hotel chain LTI International Hotels. We are located directly on the beach of your dreams at this coconut coat. The perfect hotel for fun seekers in a unique personalized and familiar atmosphere.

**From $625 p/p**
Click here for Additional pricing & more information on this resort



FREE Lobster Dinner & Kids stay FREE

### PARADISUS PUNTA CANA
Punta Cana, Higuey

In the exclusive are of Punta Cana, located directly on the Bávaro beach, you will find the

### SECRETS EXCELLENCE PUNTA CANA
Uvero Alto, Higuey

A 5 star establishment, located in the new resort area of Uvero Alto in Punta Cana, surrounded by an enormous palm grove bordering beach of fine sand. The hotel boast and extraordinary array of services and installations for couples wishing to celebrate their wedding, honeymoon or anniversary.

*Horseback riding included

**From $1035 p/p**
Click here for more information on this resort

FREE Lobster Dinner & Kids stay FREE

* Pricing based on double occupancy, for a 8 days 7 nights package departing Saturday & Sunday from Miami, Florida. Kids up to the age of twelve (12) stay free. Free Lobster dinner at participating restaurants located inside the resorts. Shorter stays available.

### TROPICAL PRINCESS BEACH RESORT & SPA
Punta Cana

All inclusive up to 100 pm 310 rooms with a buffet, 2 a la carte restaurants, 3 bars, 2 swimming pools, gym and sauna, day and

### GRAND PARADISE BÁVARO
Bávaro, Punta Cana



All inclusive four star Resort with 504 rooms, located in Bávaro Beach Punta Cana, only 35 minutes from the International Airport of Punta Cana, and 90 minutes from La Romana's International Airport. The hotel offers an exclusive location with a white sandy beach bathed by the Caribbean Sea.

**From $655 p/p**
Click here for Additional pricing & more information on this resort

FREE Lobster Dinner & Kids stay FREE

### PUNTA CANA PRINCESS ALL SUITES RESORT & SPA
Punta Cana

24 All inclusive resort with 270 Deluxe Suites, Main buffet, 3 restaurants, 2 bars, swimming pool for adults and children, gym and sauna, day and

Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

Page 5 of 6

Paradisus Punta Cana Resort, All Inclusive authentic paradise for the most demanding taste.

*Horseback riding included

**From $990 p/p**
Click here for Additional pricing & more information on this resort

FREE Lobster Dinner & Kids stay FREE

night entertainment, massage and beauty parlor, internet center, church with religious services and much more.

**From $990 p/p**
Click here for Additional pricing & more information on this resort

night entertainment, massage and beauty parlor, internal shuttle service, shopping gallery Tennis, archery, bicycles and table games .

**From $990 p/p**
Click here for Additional pricing & more information on this resort

**PALLADIUM BÁVARO GRAND RESORT & SPA**
Playa Bávaro
The Hotel is built on a property of 320,000 square meters including a 310 meter stretch of beach in between only 20km from Punta Cana coconut trees and tropical vegetation. All rooms have safety deposit box, hair-dryer, fridge, air-conditioning and satellite t.v. The Hotel is air-conditioned in all rooms, main restaurant, pizzeria and discotheque. The remaining buildings are a large open-plan with generous ventilation and also ceiling fans.

**From $990 p/p**
Click here for Additional pricing & more information on this resort

**OCEAN BÁVARO SPA & BEACH RESORT**
Playa Bávaro
This ocean front property is located on the beautiful beach of Bávaro Airport, 45 km from Higuey and 200km from Santo Domingo. Immersed in the green and freshness of the tropical palm trees, its whole structure merges perfectly with the surrounding environment to create this paradise that will pamper you with 24 hours all inclusive plan.

**From $990 p/p**
Click here for Additional pricing & more information on this resort

# 1-800-533-7710

http://66.155.6.21/evacation/punta/

2/12/2004

2/12/2004

**305-604-7880**
info@travelquotes.tv

Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

**Barcelo Bavaro Palace**





### ▶ SITUATION

Located on the fine white sands of Bavaro Beach, in the midst of a leafy coconut grove, and elegantly surrounded by tropical gardens of great beauty. Opened December 1993.



### ▶ ROOMS

594 Rooms and 1,188 beds. 2 Double Beds or 1 King Size. Balcony or Terrace with views of the beach. Air-conditioning. Color Television via satellite. Complete Bathroom en-suite with two washbasins and hair dryer. Mini-Bar. Telephone. Safety Deposit Box. 110 V Electricity.



### ▶ FEATURES

5 Restaurants - the á la carte " Chez Palace" Restaurant and the Caribe. La Brisa, La Piña and El Bohio Restaurants. 5 Bars - Mamey, Bohio, Carey, Club Areito and La Piña. Swimming Pool for Adults and Children with Jacuzzi. Darts, kayaks, badminton, ping-pong, waterpolo. Water Sports Base specializing in Sailing. Gymnasium. Shop. Jeweller and Boutique.



### ▶ SERVICES

ALL INCLUSIVE. Day and Nighttime Entertainment Program for Adults and Children. Public Relations. Cots. Information on Excursions. Car Hire. Room Service (extra). Fax and Mail. Laundry (charge). Massages. Baby sitter service (charge) Clients lodged at the "Hotel Bavaro Palace" will be able to enjoy all features and services in the Complex.

**For Rates and Availability Please Call or Email Our Offices.**
**Phone: 305-604-7880 Toll Free 1 800 533 7710**
**Monday - Friday 9:30 am - 6:00 pm EST**
**Email: vacstore@bellsouth.net**

**Click here to enter your travel information request!**

Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

# Punta Cana, Dominican Rep

...the theme of the complex in Punta Cana, Dominican Republic

## Barceló Bávaro Palace

Home

Barceló Bávaro Palace

Barceló Bávaro Beach Resort

Barceló Bávaro Golf Resort

Barceló Bávaro Villas

Bávaro Princess All suites & resorts

Caribe Club Princess Resort & Spa

Catalonia Bávaro

Grand Paradise Bávaro

Iberostar Punta Cana

Iberostar Bávaro

LTI- Beach Resort

**Description:** All-inclusive 24 hour a day. This all-inclusive resort is the most luxurious in the complex, set right on the impressive Bávaro Beach.  A great setting for a great 5-star hotel. The twelve kilometers of Bávaro beach are a dream which can come true for you.  Its turquoise waters which lap against the fine white sands form a natural pool, enclosed by a coral reef with its intriguing underwater world.

The spacious swimming pool, where you can relax with a refreshing tropical cocktail, are the perfect complement to a day at the beach or of sport. At night, delight in shopping at our luxury boutiques to a background of soothing piano music.

Exquisite gastronomy is one of our great attractions.  You will be able to taste all kinds of shellfish and typical local dishes at our buffets or beach grills, with top class French cuisine provided by the "Chez Palace" restaurant.

At night, feel the heat of the music from the dancers, transmitting the energy of their dances and tropical rhythms.  At the end of the day, relax contentedly in our luxurious and comfortable rooms.

Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

- Melia Caribe Tropical
- Occidental Flamenco Bávaro
- Occidental Allegro Bávaro
- Ocean Bávaro Spa & Beach Resort
- Paradisus Punta Cana
- Palladium Bávaro Grand Resort
- Punta Cana Princess
- Secrets Excellence
- Sunscape Punta Cana
- Tropical Princess Beach Resort & Spa



**Room Accommodations:** 594 standard double rooms, 396 rooms with 2 double beds and 198 with 1 king-sized bed. Air-conditioning, safe, mini-bar, satellite TV, direct line telephone, full bathroom with hair drier, voltage 110v, living area, balcony and terrace.

**Facilities:** There are 5 different restaurants including the French "Chez Palace", the "Bohío" specializing in rich dishes, "La Piña" which has a wide selection of meats, fish and shellfish, "La Brisa", specializing in shellfish -including lobster- and the "Caribe", specializing in Caribbean cuisine.

You also have a choice of 5 bars where you can relax with a refreshing tropical cocktail, a cyber café, adult and children's pool with Jacuzzi, a playground for children, a gym, a theater, 2 boutiques, a hairdresser's and a jeweler's.

Guests have access to the rest of the facilities in the complex: 9 restaurants or grills, 11 bars, 3 discos, 2 theaters and the "Tropicalísimo" cabaret show in Plaza Dominicana.

Connected to the hotel, you will find the modern, state-of-the-art **Barceló Bávaro Convention Center** with 24 event rooms with a capacity of 5,000 people.

**Rates:** Single $1565, Double $1199, Triple $1105, Quad $1060 & Children $549 per person. Please add $110.00 US for Dominican Republic Departures. * Pricing based on 8 days 7 nights package departing Saturday & Sunday from Miami, Florida. Kids up to the age of twelve (12) stay free. Shorter stays available.

Click here to enter your travel information request!

Check Hotel Rates        Check Air and Hotel Rates

. . Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

**For Rates and Availability Please call or email our office.**
**Toll Free (888)774-0040 Monday - Friday 9:30AM - 6:00PM EST**
**Email : vacstore@bellsouth.net**





**eVacation Tours**

Travel is offered by VacationTours, 1427 Ponce De Leon Blvd. Coral Gables, FL 33134. For General Terms & Conditions, All packages are per person, double occupancy and include lowest roundtrip airfare from departure city, airport transfers, hotel accommodations, and hotel taxes. Add $3 passenger facility charge, $6.50 U.S. customs fee, $7.45 federal inspection fees and Mexico departure tax of up to $13.37. Packages are subject to change, availability and cancellation charges. Weekend, holiday and peak season surcharges may apply. Certain blackout dates may apply. Vacation Store are responsible for typographic errors contained within.

*Copyright © 2002-2003, Vacation Tours Inc.*

Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

# Punta Cana, Dominican Repu

Live the magic of the Caribbean in Punta Cana, Dominican Republic

## Barceló Bávaro Beach

Home

Barceló Bávaro Palace

Barceló Bávaro Beach Resort

Barceló Bávaro Golf Resort

Barceló Bávaro Villas

Bavaro Princess All suites & resorts

Caribe Club Princess Resort & Spa

Catalonia Bavaro

Grand Paradise Bavaro

Iberostar Punta Cana

Iberostar Bavaro

LTI- Beach Resort

**Description:** Located on the glorious Bávaro Beach, this all-inclusive resort is a center of nautical activity. From its jetty, their clients can do many nautical sports everyday: snorkeling, kayaks, water skiing, banana boat, glass bottomed boat, scuba diving in the reef and deep sea fishing.

Opposite the "Carey" bar you will find a spectacular swimming pool, which is of exceptional beauty next to the beach and surrounded by coconut palms.

The feeling of sand between your toes, walking barefoot along the beach, or maybe wandering quietly through the exuberant vegetation, dominated by coconut palms, are sensations which will stay in your memory for years.

Savor the varied Mexican Cuisine in the newly opened "Mexico Lindo" restaurant. The "Bávaro Steak House" with authentic American atmosphere, specialises in traditional American and Argentine cuts of meat; Sirloin, Rib Eye, T-Bone, Prime Rib, Beef Plate, Beef Grill, Bife de Chorizo....

To be able to offer you a higher level of satisfaction and comfort during your stay, in the year 2000 all rooms were refurbished, designed in a very relaxing and fresh style. All furniture was also changed to a new tropical style.

Every night vibrant and colorful tropical shows are offered, alternating with night-time folklore shows which help you learn about the culture of the country. You can also join in an audience participation show.

Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

Melia Caribe
Tropical

Occidental
Flamenco Bavaro

Occidental Allegro
Bavaro

Ocean Bavaro
Spa & Beach
Resort

Paradisus Punta
Cana

Palladium Bavaro
Grand Resort

Punta Cana
Princess

Secrets
Excellence

Sunscape Punta
Cana

Tropical Princess
Beach Resort &
Spa



**Room Accommodations:** 600 standard double rooms, 16 with connecting doors: 399 rooms with 2 double beds and 200 with 1 double bed and 1 single. Air-conditioning, safe, mini-bar, satellite TV, telephone, full bathroom with hair drier, balcony, voltage 110v.

**Facilities:** 3 restaurants: "El Ámbar" buffet, "México Lindo" á la carte buffet and the "Bávaro Steak House" á la carte restaurant.  3 bars: "El Carey" (lobby), "Cuca" (beach) and the "Coco" (next to the swimming pool), 1 discotheque with snack bar until 5 am. 1 swimming pool with different levels for adults and children.  Children's play area.  Center for water activities with pedalos, snorkeling equipment and kayaks.

**Rates:** Single $1189, Double $920, Triple $865, Quad $835 & Children $470 per person. Please add $110.00 US for Dominican Republic Departures. * Pricing based on  8 days 7 nights package departing Saturday & Sunday from Miami, Florida. Kids up to the age of twelve (12) stay free. Shorter stays available.

Click here to enter your travel information request!

[ Check Hotel Rates ]     [ Check Air and Hotel Rates ]

**For Rates and Availability Please call or email our office.
Toll Free (888)774-0040 Monday - Friday 9:30AM - 6:00PM EST
Email : vacstore@bellsouth.net**

Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism





Travel is offered by VacationTours, 1427 Ponce De Leon Blvd. Coral Gables, FL 33134. For General Terms & Conditions. All packages are per person, double occupancy and include lowest roundtrip airfare from departure city, airport transfers, hotel accommodations, and hotel taxes. Add $3 passenger facility charge, $6.50 U.S. customs fee, $7.45 federal inspection fees and Mexico departure tax of up to $13.37. Packages are subject to change, availability and cancellation charges. Weekend, holiday and peak season surcharges may apply. Certain blackout dates may apply. Vacation Store are responsible for typographic errors contained within.

*Copyright © 2002-2003, Vacation Tours Inc.*

Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

# Punta Cana. Dominican Rep

Live in the image of the Caribbean in Punta Cana. Dominican Rep... htt...

Home

Barceló Bávaro Palace

Barceló Bávaro Beach Resort

Barceló Bávaro Golf Resort

Barceló Bávaro Villas

Bavaro Princess All suites & resorts

Caribe Club Princess Resort & Spa

<u>Catalonia Bávaro</u>

Grand Paradise Bavaro

Iberostar Punta Cana

<u>Iberostar Bavaro</u>

LTI- Beach Resort

## Barceló Bávaro Golf

**Description:** The villa-style hotel is situated right by the golf course and is only a 5 minutes' walk from Bavaro Beach, considered to be one of the ten finest beaches in the world.

The 3-kilometer stretch of tropical beach is protected by a coral reef, forming a natural swimming pool of turquoise-colored water, which reveals a wonderful submarine world beneath its surface.

Guests at the Barceló Bávaro Golf are offered a wide variety of facilities and services at the hotel. They also have access to the services offered in the rest of the complex as part of the "Barceló All Inclusive" program, one of the most extensive of its kind in the Caribbean.

The Hotel Barceló Bávaro Golf is one of the 5 hotels which make up the Barceló Bávaro Beach Resort, the only hotel complex situated on Playa Bávaro, in the Punta Cana region in the east of the Dominican Republic



Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

Page 2 of 3

Melia Caribe Tropical

Occidental Flamenco Bavaro

Occidental Allegro Bavaro

Ocean Bavaro Spa & Beach Resort

Paradisus Punta Cana

Palladium Bavaro Grand Resort

Punta Cana Princess

Secrets Excellence

Sunscape Punta Cana

Tropical Princess Beach Resort & Spa

**Room Accommodations:** The hotel has 72 quadruple rooms and 54 quintuple rooms, all with a living room, 2 double beds, 2 single beds, a fully equipped bathroom with hair dryer, 2 balconies overlooking the golf course or gardens, air conditioning, minibar, satellite TV, telephone, safe and room service. In addition to all of the above features, the quintuples also have a king-size bed and an extra bathroom.

**Facilities:** Together with Barceló Bávaro Beach, Palace, Garden, and Casino Hotels, this hotel is part of the Barceló Bávaro Beach Resort, Convention Center, Golf & Casino, a spectacular resort with a wide variety of facilities designed to ensure guests' total satisfaction and comfort.

The hotel offers an all-inclusive package features a buffet restaurant and an a la carte restaurant, which after midnight turns into a discotheque where guests can dance to the beat of Caribbean rhythms.

Other facilities include a café and a par 72, 18-hole golf course with clubhouse, spread out over 150,000 m² surrounded by gardens and a lake. There is also golf cart, club, and shoe rental, caddy service, club storage, pro shop, practice range, and a clinic.

Also check out the Plaza Dominicana, where you will find a handicrafts market, boutiques, jeweler's, photograph developing service, post office, newsagent's, cigar shop and at night, a Caribbean-style discotheque.

Guests have access to the rest of the facilities in the hotel complex: 12 restaurants, 14 bars, 4 swimming pools, 3 discos, 3 theaters, "Tropicalísimo" cabaret show, casino, bingo, Convention Center, San Salvador chapel, beauty center, massages and medical center.

**Rates:** Single $1120, Double $885, Triple $825, Quad $785 & Children $459 per person. Please add $110.00 US for Dominican Republic Departures. * Pricing based on 8 days 7 nights package departing Saturday & Sunday from Miami, Florida. Kids up to the age of twelve (12) stay free. Shorter stays available.

Click here to enter your travel information request!

[ Check Hotel Rates ]    [ Check Air and Hotel Rates ]

**For Rates and Availability Please call or email our office.**
**Toll Free (888)774-0040 Monday - Friday 9:30AM - 6:00PM EST**
**Email : vacstore@bellsouth.net**

Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

Page 3 of 3

2/12/2004





# eVacation Tours

Travel is offered by VacationTours, 1427 Ponce De Leon Blvd, Coral Gables, FL 33134. For General Terms & Conditions, All packages are per person, double occupancy and include lowest roundtrip airfare from departure city, airport transfers, hotel accommodations, and hotel taxes. Add $3 passenger facility charge, $6.50 U.S. customs fee, $7.45 federal inspection fees and Mexico departure tax of up to $13.37. Packages are subject to change, availability and cancellation charges. Weekend, holiday and peak season surcharges may apply. Certain blackout dates may apply. Vacation Store are responsible for typographic errors contained within.

*Copyright © 2002-2003, Vacation Tours Inc.*

Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

# Punta Cana, Dominican Rep

Live the magic of the Caribbean in Punta Cana, Dominican Republic

## Barceló Bávaro Villas

Home

Barceló Bávaro
Palace

Barceló Bávaro
Beach Resort

Barceló Bávaro
Golf Resort

Barceló Bávaro
Villas

Bávaro Princess All
suites & resorts

Caribe Club
Princess Resort &
Spa

Catalonia Bávaro

Grand Paradise
Bávaro

Iberostar Punta
Cana

Iberostar Bávaro

LTI- Beach Resort

**Description:** The Barceló Villas Bávaro, situated on the fine, white sands of Playa Bávaro, in the eastern part of the Dominican Republic, offers guests a friendly, fascinating environment for practicing their favorite sports, sampling delicious food, and enjoying colorful tropical shows in heart of the Caribbean

It forms part, together with the Barceló Bávaro Ocean and the Barceló Bávaro Village , of an extraordinary vacation complex surrounded by a stunning landscape and boasting a wide range of facilities and services especially designed to ensure an unforgettable stay.

The gorgeous, tropical Bávaro beach, bordered by a fabulous coral reef, offers white sands and turquoise-colored waters to all those wishing to stay at this incredibly beautiful location.



**Room Accommodations:** The hotel has 262 rooms, distributed among 23 villas (each with 10 rooms), and 2 buildings with 16 rooms each. All rooms have a terrace or balcony,

Melia Caribe
Tropical

Occidental
Flamenco Bávaro

Occidental Allegro
Bávaro

Ocean Bávaro Spa
& Beach Resort

Paradisus Punta
Cana

Palladium Bávaro
Grand Resort

Punta Cana
Princess

Secrets Excellence

Sunscape Punta
Cana

Tropical Princess
Beach Resort &
Spa

fully equipped bathroom with hairdryer, air conditioning, ceiling fan, minibar, satellite TV, telephone and a safe

**Facilities:** The complex offers an all-inclusive package, with 4 buffet restaurants and 2 a la carte restaurants. All the restaurants serve both regional specialties and a wide selection of international cuisine

For sports lovers, the complex has 3 tennis courts and facilities for the following sports: soccer, basketball, volleyball, pétanque, ping-pong, and horseback riding. Water sports enthusiasts will find the Bávaro resort especially attractive, as there are facilities for water polo, windsurfing with standard surfboard, water skiing, banana skiing, dinghy sailing, snorkeling, scuba diving, kayaking, catamaran and deep-sea fishing

**Rates:** Single $1120, Double $885, Triple $825, Quad $785 & Children $459 per person. Please add $110.00 US for Dominican Republic Departures. * Pricing based on 8 days 7 nights package departing Saturday & Sunday from Miami, Florida. Kids up to the age of twelve (12) stay free. Shorter stays available.

Click here to enter your travel information request!

[ Check Hotel Rates ]   [ Check Air and Hotel Rates ]

**For Rates and Availability Please call or email our office.**
**Toll Free (888)774-0040 Monday - Friday 9:30AM - 6:00PM EST**
**Email : vacstore@bellsouth.net**







eVacation Tours

Travel is offered by VacationTours, 1427 Ponce De Leon Blvd. Coral Gables, FL 33134. For General Terms & Conditions. All packages are per person, double occupancy and include lowest roundtrip airfare from departure city, airport transfers, hotel accommodations, and hotel taxes. Add $3 passenger facility charge, $6.50 U.S. customs fee, $7.45 federal inspection fees and Mexico departure tax of up to $13.37. Packages

Dominican Republic: Vacation Planner, Hotel & Restaurant, Tourism

are subject to change, availability and cancellation charges. Weekend, holiday and peak season surcharges may apply.
Certain blackout dates may apply. Vacation Store are responsible for typographic errors contained within.

*Copyright © 2002-2003, Vacation Tours Inc.*

EXHIBIT "E"

# NetworkSolutions

HELP   WHOIS   VIEW ORDER   ( AC

| HOME | REGISTER A DOMAIN | CREATE A WEB SITE | BUY E-MAIL | PURCHASE HOSTING | PROMOTE YOUR SITE | GROW YOUR BUSINESS |

## WHOIS SEARCH RESULTS

### WHOIS RECORD FOR

**evacationtours.com**              <u>Back-order this name</u>

The data in Register.com's WHOIS database is provided to you by
Register.com for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record. Register.com makes this information available "as is," and
does not guarantee its accuracy. By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by
telephone; or (2) enable high volume, automated, electronic processes
that apply to Register.com (or its systems). The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of Register.com.
Register.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

Organization:
Online Services and Travel
Mark Horton
16477 SW 88th Street
Miami, FL 33196
US
Phone: 305275 5955
Email: oltc@miami.gdi.net

Registrar Name....: Register.com
Registrar Whois...: whois.register.com
Registrar Homepage: http://www.register.com

Domain Name: EVACATIONTOURS.COM

Created on..............: Thu, Jan 27, 2000
Expires on..............: Thu, Jan 27, 2005
Record last updated on..: Mon, Jan 26, 2004

Administrative Contact:
Vacation Tours, Inc.
Mark Horton
1427 Ponce De Leon Blvd.
Coral Gables, FL 33134
US
Phone: 305 774 0040
Email: oltc@yahoo.com

Technical Contact, Zone Contact:
Register.Com
Domain Registrar
575 8th Avenue - 11th Floor
New York, NY 10018
US
Phone: 902-749-2701

Get a

W

**Help yo**
**busines**
**go pla**

with the Cit
AAdvantag

citi

We
s

Fax..: 902-749-5429
Email: domain-registrar@register.com

Domain servers in listed order:

NS.REDIRECTION.NET 216.234.161.13
NS2.TERA-BYTE.COM 216.234.161.12

Register your domain name at http://www.register.com


The previous information has been obtained either directly from the
registrant or a registrar of the domain name other than Network Solutions.
Network Solutions, therefore, does not guarantee its accuracy or completeness.

Protect your personal information with Private Registration          **SEARCH AGAIN**


Actions you can take to protect your WHOIS information


Next Registration Rights

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the
use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is
provided by Network Solutions for information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. Network Solutions does not guarantee its accuracy.
By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use
this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow,
enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via
e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to
Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of
this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use
high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions
reserves the right to terminate your access to the WHOIS database in its sole discretion, including without
limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy.
Network Solutions reserves the right to modify these terms at any time.


Back to top | About Us | Partnerships | Contact Us | Site Map


| Home | Register a Domain | Create a Web Site | Buy E-mail | Purchase Hosting | Promote Your Site | Grow Your Business | Transfer Your Domains | Renew Services | Account Manager |

Review our Privacy Policy, Service Agreement, and Legal Notice
© Copyright 2004 Network Solutions. All rights reserved.

# EXHIBIT "F"



**Vacation Store** of Miami

**Rosanna Metz-Mendez**
President

1427 Ponce De Leon Boulevard
Coral Gables, Florida 33134
Tel. (305) 714-0040 • Fax (305) 714-0044
Toll Free: 1-888-714-0040
Website: www.evacationtours.com
Email: rosanna@vacstore.net

# EXHIBIT "G"




**ESPECIALES DE SALIDA**
**4 NOCHES** $1,221
MARZO 27-31
MARZO 31-ABRIL 3
ABRIL 14-17
ABRIL 17-21
ALOJAMIENTO DOBLE
comidas, excursiones con guía naturalista.
(305) 665-0841 / 1(800) 327-9854

Selva y Floresta......5 noches.............$781
Todos los paquetes incluyen tarifas aérea con Copa Airlines desde
Miami, traslados, tours y más. Impuestos de USA no incluidos



**Copa Airlines**
LLAME A SU AGENTE DE VIAJES O
305-871-1246     1-800-327-0080
www.taratours.com



PUNTA CANA
2004-BOOK NOW
All Meals,Drinks and Transfers
Ocean Bavaro $599  1 CHILD FREE*
Occidental Allegro $619  CHILDREN FREE*
Melia Caribe Tropical $909  CHILDREN FREE*
305 9470777



PUNTA CANA SUMMER 2004
VACMART.COM 305 947 0777

Las mejores tarifas aéreas al Caribe
Espacio Aún Disponible
todos los paquetes
Carnaval de Trinidad
Carnaval de Aruba
Fun in the "Son" Gospel Fest
Carnaval de St. Thomas
Festival Soul Beach de Aruba
FESTIVAL DE MÚSICA DE ST. KITTS
Jamaica Sun Fest
Cruceros de Spring Break
American Airlines



**BavaroPalace.com**
Charters de Verano 2004   SABADO / DOMINGO  SALIDAS DESDE MIAMI
8 DIAS 7 NOCHES  PUNTA CANA
Barceló  TODO INCLUIDO  BEACHFRONT RESORT

Barceló ▼ Bávaro Palace
SIMPLE $1565  DOBLE $1199  TRIPLE $1105  CUAD. $1060  NIÑO (2-12) $549
Barceló ▼ Bávaro Beach
SIMPLE $1189  DOBLE $920  TRIPLE $865  CUAD. $835  NIÑO (2-12) $470
Barceló ▼ Bávaro Golf
SIMPLE $1120  DOBLE $885  TRIPLE $825  CUAD. $785  NIÑO (2-12) $459
Barceló ▼ Bávaro Villas
SIMPLE $1120  DOBLE $885  TRIPLE $825  CUAD. $785  NIÑO (2-12) $459
No incluye impuestos de salida dominicanos ni americanos por $110.
305-604-7880 OR 1-800-533-7710

# EXHIBIT "H" 

THE MIAMI HERALD, Section J, Pa  6J, Sunday, February 1, 2004

St. Thomas
Windham Sugar Bay *938

**CANCUN** $299
Carisa Y Palma

**PUNTA CANA** $589
LTI Beach Resort

**CRUISES**
Caribbean 7 Nights from Miami
$424
Air Fare Not Inc

Miamar Mision *324
Intercontinental *395
Tucancun Beach *499
All Inclusive

All Inclusive
Grand Paradise Amhsa *646
Sirenis Resort *635

American Airlines  **VACMART.COM** 305 947 0777
Air from Miami 4 Days Hotel Hotel Tax P Person Dble. W.O. Travel Taxes. Fees. Sept ** security fee $60-120) Expa * Restrictions Apply.

# BavaroPalace.com

## Summer 2004 Charters

SATURDAY / SUNDAY
DEPARTURES FROM MIAMI

8 DAYS
7 NIGHTS

# PUNTA CANA

PLANE
Airways

## Barceló
**ALL-INCLUSIVE**
☆ ☆ ☆ ☆
BEACHFRONT RESORT

**Barceló → Bávaro Palace** ☆ ☆ ☆ ☆ ☆
| SINGLE | DOUBLE | TRIPLE | QUAD | CHILD (2-12) |
|--------|--------|--------|------|--------------|
| $1565 | $1199 | $1105 | $1060 | $549 |

**Barceló → Bávaro Beach** ☆ ☆ ☆ ☆
| SINGLE | DOUBLE | TRIPLE | QUAD | CHILD (2-12) |
|--------|--------|--------|------|--------------|
| $1189 | $920 | $865 | $835 | $470 |

**Barceló → Bávaro Golf** ☆ ☆ ☆ ☆
| SINGLE | DOUBLE | TRIPLE | QUAD | CHILD (2-12) |
|--------|--------|--------|------|--------------|
| $1120 | $885 | $825 | $785 | $459 |

**Barceló → Bávaro Villas** ☆ ☆ ☆ ☆
| SINGLE | DOUBLE | TRIPLE | QUAD | CHILD (2-12) |
|--------|--------|--------|------|--------------|
| $1120 | $885 | $825 | $785 | $459 |

$110 U.S. & Dominican Departure Taxes NOT Included.
Travel insurance available and highly recommended. Subject to availability. Prices subject to change.

## 305-604-7880 OR 1-800-533-7710

PLANE
Airways

# COSTA RICA
No Artificial Ingredients

Discover **Monteverde**, an authentic Wild-Life Sanctuary in Costa Rica. The beauty of **La Paz Waterfall's Garden**. The Majestic **Poas Volcano**, The soothing thermal waters of **Arenal Volcano**.

We are naturally from Costa Rica. And we have been in business on the same location for 20 years.

We Wholesale
TRAVEL AGENCIES ARE WELCOME.

**TACA**
AIRLINES
We have packages starting as LOW as:
$540 p/p 5 days/4 nights
$565 p/p 6 days/5 nights
$590 p/p 7 days/6 nights

Includes Hotel Quality
Airfare, Taxes, Daily Breakfast, City Tour, Tour to Poas volcano, City of Sarchi w/lunch w/dbl.

**Transfer by Marbella Tours**

We are naturally from Costa Rica. And we have been in business on the same location for 20 years.

**IRAZU TRAVEL** (305) 858-8802 & 1-800-328-8422
1334 S.W. 1 Street, Miami, FL 33135
TICATOUR@BELLSOUTH.NET
WWW.IRAZUTRAVEL.COM

# Outdoorsy type?
Fishing



# TRAVELQUOT

## Summer 2004 Charter

**Bávaro Pri**
ALL SUITES RESORT - A
★★★★★

# 8 DAYS / 7 NIGH

| SINGLE | DOUBLE | TRIPLE |
|--------|--------|--------|
| $1060 | $805 | $769 |

**Upgrade your Experience with our VIP P:**
• VIP Bracelet • 2 Beach Towels in room • Nightly turn-down service • Concie
Restaurant (per person, per week) • 3 cigars (per room per week) • 1 bottle
during entire stay • 30 minute Swedish Massage (per person, per week) • Ho
week) • Premium Brand Drinks (Gordon's, Beefeater, Absolut, Smirnoff, Heine
Sambuca Romana, Frangelico, Freixenet...) Aged liquo
Premium brands subject to change witho

$110 U.S. & Dominican Departure Taxes
Travel insurance available and highly recommended. Subject to avail

## 305-604-7880 OR 1-800-5



# LIBERTY TR
WHERE TRAVEL B

11th Annual
# BIG CR

# POP A BA
AND SAVE
$25 - $200 PE

MONDAY, FEBRUARY 2 2004 6AM
Worldwide destinations • Cuba upgrades • Extraordinary sav
• Expert cruise advice • Refreshments & door

THE WORLD IS ON SALE! ALASKA • BAHAMAS • BERMUDA • CANADA • CARIBBEAN • E
NEW ENGLAND • ORIENT • PANAMA CANAL • RIVIERA • SCANDINAVIA • SOUTH

Aventura        Boca Raton        Fort Lauderdale        Ft. Lauderdale        Coral Spring
(305) 705-0185   (561) 417-9997   (561) 272-9221   (954) 563-7736   (954) 757-744

# GRAND BAHAMA

## QUICK G
Non-S

# EXHIBIT "I"

# BavaroPalace.com

## Summer 2004 Charters
**SATURDAY / SUNDAY DEPARTURES FROM MIAMI**

## 8 DAYS 7 NIGHTS PUNTA CANA



# Barceló ▶



**BEACHFRONT RESORTS**
★ ★ ★ ★

### Package Includes:
- Roundtrip Airfare on CHARTER FLIGHT from MIAMI directly into PUNTA CANA AIRPORT
- 8 Days / 7 Nights Hotel Accommodations • V.I.P. Check-In • Roundtrip Airport/Hotel Transfers
- Breakfast, Lunch and Dinner at Resort • Admission to the Bavaro Beach Discotheque
- Admission to Show "Tropicalisimo" • Unlimited drinks in Resort Restaurants, Bars and Lounges
- Tennis and Beach Water Sports •Use of the Gym/Fitness Center
- Taxes and Gratuities on Featured Package Items    U.S. and Dominican Departure Taxes **NOT** included

## Barceló ▶ Bávaro Palace ☆ ☆ ★ ☆ ☆

| SINGLE | DOUBLE | TRIPLE | QUAD | CHILD (2-12) |
|--------|--------|--------|------|--------------|
| $1565 | $1199 | $1105 | $1060 | $549 |

## Barceló ▶ Bavaro Beach ☆☆☆☆

| SINGLE | DOUBLE | TRIPLE | QUAD | CHILD (2-12) |
|--------|--------|--------|------|--------------|
| $1189 | $920 | $865 | $835 | $470 |

## Barceló ▶ Bavaro Golf ☆☆☆☆

| SINGLE | DOUBLE | TRIPLE | QUAD | CHILD (2-12) |
|--------|--------|--------|------|--------------|
| $1120 | $885 | $825 | $785 | $459 |

## Barceló ▶ Bavaro Villas ☆☆☆☆

| SINGLE | DOUBLE | TRIPLE | QUAD | CHILD (2-12) |
|--------|--------|--------|------|--------------|
| $1120 | $885 | $825 | $785 | $459 |

**$110 U.S. & Dominican Departure Taxes NOT included**
Travel insurance available and highly recommended. Subject to availability. Prices subject to change.

# BavaroPalace.com

Tel. (305) 604-7880 • Toll Free 1-800-533-7710 • Email: info@travelquotes.tv

# EXHIBIT "J"

# HOLLAND & KNIGHT LLP

701 Brickell Avenue, Suite 3000
P.O. Box 015441  (ZIP 33101-5441)
Miami, Florida 33131

305-374-8500
305-789-7799 Fax
www.hklaw.com

| | |
|---|---|
| Annapolis | San Antonio |
| Atlanta | San Francisco |
| Bethesda | Seattle |
| Boston | Tallahassee |
| Bradenton | Tampa |
| Chicago | Washington, D.C. |
| Fort Lauderdale | West Palm Beach |
| Jacksonville | |
| Lakeland | International Offices: |
| Los Angeles | Caracas* |
| Miami | Helsinki |
| New York | Mexico City |
| Northern Virginia | Rio de Janeiro |
| Orlando | São Paulo |
| Portland | Tel Aviv* |
| Providence | Tokyo |
| St. Petersburg | *Representative Office |

February 11, 2004

WILFREDO A. RODRIGUEZ
305-305-789-7771
wrodrigu@hklaw.com

## VIA FACSIMILE (305-774-0044) AND CERTIFIED MAIL
## RETURN RECEIPT REQUESTED

Ms. Rosanna Metz-Mendez
President
Vacation Tours, Inc. f/k/a
Vacation Store of Miami, Inc.
1427 Ponce de Leon Boulevard
Coral Gables, Florida 33134

> **Re:   NOTICE OF TRADEMARK INFRINGEMENT AND
> DECEPTIVE AND UNFAIR TRADE PRACTICES**

Dear Ms. Metz-Mendez:

This law firm represents Barcelo Hotels & Resorts, Bavaro Palace S.A. and related entities and affiliates ("Barcelo").  Our client Barcelo is an international hotel and resort chain that provides, among other things, travel accommodations worldwide, including but not limited to, within the Dominican Republic.

As you know, Barcelo owns several hotels and resorts within the Dominican Republic, including the Barcelo Bavaro Palace, the Barcelo Bavaro Beach, the Barcelo Bavaro Caribe, the Barcelo Bavaro Golf, the Barcelo Bavaro Casino and the Barcelo Villas Bavaro.  Barcelo is also the exclusive owner of the BARCELO, BAVARO PALACE, BAVARO BEACH, BAVARO CARIBE, BAVARO GOLF, BAVARO CASINO and BAVARO VILLAS names and marks (collectively, the "Marks").

Ms. Rosanna Metz-Mende
February 11, 2004
Page 2

Vacation Tours, Inc. a/k/a Vacation Store of Miami, Inc. ("Vacation Store") is well aware that it is not authorized, either expressly or impliedly, to use the Marks in connection with any services.  Notwithstanding Vacation Store's lack of authority, it has come to our attention that Vacation Store is using and consequently infringing on the Marks.

First, you wrongfully registered the domain name *bavaropalace.com* and are currently using the domain name to lure unsuspecting consumers traveling to the Dominican Republic to your Internet site.  Once on your Internet site, Vacation Store engages the unsuspecting consumer in a classic "bait and switch" scheme.  Vacation Store's scheme is intentionally designed to bait consumers to its Internet site under the guise that Vacation Store is somehow affiliated with Barcelo and its hotels and resorts whereupon Vacation Store deceptively switches the services described on its website.  Vacation Store's transparent scheme together with its **unauthorized** use of the Marks and the domain name clearly infringe on Barcelo's intellectual property rights and constitute deceptive and unfair trade practices.

Second, Vacation Store continues to improperly market and promote services under the Marks, by among other things, advertising in <u>The Miami Herald</u> and engaging in a "fax blast" marketing scheme wherein it disseminates promotional flyers throughout the travel industry selling services it is not authorized to sell.  As irrefutable evidence, a true and correct copy of a recent "fax blast" is enclosed.  Vacation Store's continued use of the Marks in this or any other fashion likewise infringes on Barcelo's intellectual property rights and constitutes deceptive and unfair trade practices.

Barcelo has been providing excellent travel related services to consumers both in the Dominican Republic and worldwide since as early as 1954.  It goes without question that Vacation Store's use of the Barcelo Marks is extremely misleading and increases substantially the likelihood of confusion and mistake by the public as to the affiliation or association between Vacation Store and Barcelo and its hotels and resorts.  Indeed, Vacation Store's use of the word "Bavaro" in combination with the words "Palace", "Beach", "Golf", "Casino", "Caribe" or "Villas" strongly indicates an intent to deceive a person into believing that Vacation Store is related to or even the same as Barcelo.  These facts clearly show that Vacation Store is intentionally trading on the goodwill established by Barcelo within the travel industry and engaging in deceptive and unfair trade practices.

Accordingly, this letter serves to place Vacation Store on notice that its actions are wrongful and constitute an infringement of our client's Marks as well as unfair and deceptive trade practices.  In our view, Vacation Store's wrongful

Ms. Rosanna Metz-Mende
February 11, 2004
Page 3

conduct renders both Vacation Store and its owners liable for damages and injunctive relief and to the award of costs and attorneys' fees.

Barcelo has instructed us to pursue all legal avenues available to remedy the aforesaid harmful and wrongful conduct. However, in an effort to resolve this matter amicably and avoid future litigation, Vacation Store can choose to provide us with a satisfactory written response by no later than 5:00 p.m. on Friday, February 13, 2004 via telefax (305-789-7579), verifying: (i) that Vacation Store will immediately cease and desist from ever utilizing the *bavaropalace.com* domain name in connection with its Internet site, or otherwise; (ii) that Vacation Store will assign ownership of the *bavaropalace.com* domain name to Barcelo within 24 hours from the date of its response; (iii) that Vacation Store will immediately cease and desist from using any of the Marks; (iv) that Vacation Store will immediately cease and desist from engaging in any further deceptive and unfair trade practices involving the Marks; and (v) that Vacation Store shall turn over to this office for destruction all references to the Marks in any documents or items it may be using or may have used within a reasonable time to be determined by Barcelo.

Very truly yours,

HOLLAND & KNIGHT LLP

Wilfredo A. Rodriguez

WAR:eb

# 1643056_v1

# BavaroPalace.com



## Summer 2004 Charters

SATURDAY / SUNDAY
DEPARTURES FROM MIAMI

# 8 DAYS
# 7 NIGHTS PUNTA CANA



## Barceló →



**BEACHFRONT RESORTS** ★ ☆ ☆ ☆

### Package Includes:

- Roundtrip Airfare on CHARTER FLIGHT from MIAMI directly into PUNTA CANA AIRPORT
- 8 Days / 7 Nights Hotel Accommodations • V.I.P. Check-In • Roundtrip Airport/Hotel Transfers
- Breakfast, Lunch and Dinner at Resort • Admission to the Bavaro Beach Discotheque
- Admission to Show "Tropicalisimo" • Unlimited drinks in Resort Restaurants, Bars and Lounges
- Tennis and Beach Water Sports • Use of the Gym/Fitness Center
- Taxes and Gratuities on Featured Package Items   U.S. and Dominican Departure Taxes **NOT** included

## Barceló → Bávaro Palace ☆☆☆☆

| SINGLE | DOUBLE | TRIPLE | QUAD | CHILD (2-12) |
|--------|--------|--------|------|--------------|
| $1565 | $1199 | $1105 | $1060 | $549 |

## Barceló → Bavaro Beach ☆☆☆☆

| SINGLE | DOUBLE | TRIPLE | QUAD | CHILD (2-12) |
|--------|--------|--------|------|--------------|
| $1189 | $920 | $865 | $835 | $470 |

## Barceló → Bavaro Golf ☆☆☆☆

| SINGLE | DOUBLE | TRIPLE | QUAD | CHILD (2-12) |
|--------|--------|--------|------|--------------|
| $1120 | $885 | $825 | $785 | $459 |

## Barceló → Bavaro Villas ☆☆☆☆

| SINGLE | DOUBLE | TRIPLE | QUAD | CHILD (2-12) |
|--------|--------|--------|------|--------------|
| $1120 | $885 | $825 | $785 | $459 |

**$110 U.S. & Dominican Departure Taxes NOT included**
Travel Insurance available and highly recommended. Subject to availability. Prices subject to change.

# BavaroPalace.com

l. (305) 604-7880 • Toll Free 1-800-533-7710 • Email: info@travelpunta.tv

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

MIAMI DIVISION

04-20422

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required by the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS

BAVARO PALACE, S.A., a foreign
corporation, BAVARO BEACH, S.A.,
a foreign corporation, GOLF DE BAVARO,
S.A., a foreign corporation, and OPERADORA
DE HOTELES BARCELÓ. S.A.. a
foreign corporation.

## DEFENDANTS

VACATION TOURS, INC. a/k/a VACATION
STORE OF MIAMI, INC., a Florida
corporation, VACATION TOURS OF SOUTH
BEACH, INC., a dissolved Florida corporation,
ROSANNA METZ-MENDEZ, an individual, and
ALEXANDRA ALVAREZ, an individual

CIV-KING

MAGISTRATE JUDGE
O'SULLIVAN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Foreign,
(EXCEPT IN U.S. PLAINTIFF CASES)

The Dominican Republic

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Wilfredo A. Rodriguez, Esq.
Holland & Knight LLP
701 Brickell Ave., Miami, FL. 33131
Tel: (305) 789-7771

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. GOVERNMENT NOT A PARTY)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

The Lanham Act, 15 U.S.C. 1125; Trademark Infringement and violation of The Lanham Act.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 660 Occupational Safety/Health | [X] 840 Trademarks | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | **PERSONAL INJURY** | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| | [ ] 362 Personal Injury— Med Malpractice | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID title XVI | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | [ ] 365 Personal Injury Product Liability | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | **PERSONAL PROPERTY** | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 370 Other Fraud | | [ ] 871 IRS - Third party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 371 Truth in Lending | | | [ ] 890 Other Statutory Actions |
| [ ] 245 Tort Product Liability | [ ] 380 Other Personal Property Damage | | | |
| [ ] 290 All Other Real Property | [ ] 385 Property Damage Product Liability | | | |
| **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus: | | | |
| [ ] 442 Employment | [ ] 530 General | | | |
| [ ] 443 Housing/ Accommodations | [ ] 535 Death Penalty | | | |
| [ ] 444 Welfare | [ ] 540 Mandamus & Other | | | |
| [ ] 440 Other Civil Rights | [ ] 550 Other | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded From Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgement

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
[ ] UNDER F.R.C.P. 23

DEMAND $
Preliminary Injunction

Check YES only if demanded in complaint:
JURY DEMAND: [ ] YES [X] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

Judge _____   Docket Number _____

Date
2/20/04

SIGNATURE OF ATTORNEY OF RECORD

United States District Court

$150.00   896550
02/20/04